IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, *et al.*     *

       Plaintiffs and Counterdefendants     *

        *    CIVIL ACTION NO. 01-3809

NADIF OF WYNDHOLME, LLC, *et al.*     *

       Defendants and Counterplaintiffs     *

        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR ORDER OF DEFAULT**

NADIF of Wyndholme, LLC, WVI, LLC, Stuart "Neil" Cornelius Fisher and John R. "Jack" Quinn, as counterplaintiffs, by their undersigned counsel, request an Order of Default with respect to the Counterclaim filed herein by the counterplaintiffs against the counterdefendants, Wyndholme Village, LLC, James M. Lancelotta and Katherine Lancelotta, for failure to plead as provided by the Fed. R. Civ. P. 55.

Dated: April 15, 2002

                                    William C. Sammons, Bar No. 02366
                                    Stephen M. Goldberg, Bar No. 01156
                                    Tydings & Rosenberg LLP
                                    100 East Pratt Street, 26th Floor
                                    Baltimore, Maryland 21202
                                    Telephone: (410) 752-9700
                                    Facsimile: (410) 727-5460

                                    Attorneys for defendants and
                                    counterplaintiffs

#296101

*[Handwritten annotations: "FILED ENTERED LODGED RECEIVED APR 22 2002 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY DEPUTY"; "Denied. Counter-Defendants Motion to Dismiss Filed 4/18/02"; "21"; "19"]*