IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, *et al.*     *

    Plaintiffs and Counterdefendants    *

v.                                       *     CIVIL ACTION NO. 01-3809

NADIF OF WYNDHOLME, LLC, *et al.*     *

    Defendants and Counterplaintiffs    *

                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Order entered in this case on June 12, 2002, is hereby amended to provide that the defendants shall submit an amended counterclaim by July 10, 2002. In all other respects the Order remains in full force and effect.

                                                  /s/ Benson Legg
                                                  Benson Everett Legg
                                                  United States District Judge

cc: William C. Sammons, Esq.
    Stephen M. Goldberg, Esq.
    Tydings & Rosenberg LLP
    100 E. Pratt Street, 26th Floor
    Baltimore, MD 21202

    Howard J. Schulman, Esquire
    Schulman & Kaufman, LLC
    Suite 1330, 100 Light Street
    Baltimore, Maryland 21202

    Howard "Rusty" Zukerman
    62 Terrehans Lane
    Syosset, New York 11791

#304834