# Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

July 23, 2002

Hand Delivered

The Honorable Benson E. Legg
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

RE:   Wyndholme Village, LLC, et al.
      v. NADIF of Wyndholme, LLC, et al.
      Civil Action No.: 01-3809

Dear Judge Legg:

The Court extended the time for the Defendants to file a counter-claim by, on, or before July 10, 2002, which Defendants did. I commence a trial before Judge Garbis on July 16, 2002 in *Bouchat v. Baltimore Ravens, et al.* (Civil No. MJG-97-1470). The Court's Order of June 28, 2002 provides that the June 12, 2002 Order otherwise remains in effect, which necessarily requires the Plaintiff to respond to the counter-complaint within four days of service of the counter-complaint. Having just seen the counter-complaint, I am concerned that its review and answer will divert my pre-trial preparation in the *Bouchat* case. This, therefore, is to request that I be permitted until August 1, 2002 to file an answer or responsive motion to the counter-claim.

Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
cc:  Stephen M. Goldberg, Esquire (*via hand-delivery*)
     Mr. Howard "Rusty" Zukerman
     Mr. James M. Lancelotta

APPROVED THIS 25TH DAY OF JULY, 2002

BENSON EVERETT LEGG, U.S.D.J.