IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, et al. :

v.  :  Civil No. L-01-3809

NADIF OF WYNDHOLME, LLC, et al. :

## ORDER

On January 31, 2002, Defendants filed a Motion for Judgment in Favor of Defendants on Prejudgment Garnishments [16-1] or, in the Alternative, either for Dissolution of Prejudgment Garnishments or for Release of Property Subject to Prejudgment Garnishments with Request for Hearing [16-2]. On June 12, 2002, the Court issued an order requesting additional briefing. On June 28, 2002, Plaintiffs responded to the Court's order by conceding that the prejudgment garnishment should be dismissed, and filing a new Motion for Attachment Before Judgment.

Accordingly, Defendants' Motion is GRANTED, and the garnishment against the foreclosure trustee is dismissed. Plaintiffs' Motion for Attachment shall be considered in due course.

It is so ORDERED this 6TH day of August, 2002.

Benson Everett Legg
United States District Judge

6