IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WYNDHOLME VILLAGE, LLC, *et al.* | * | |
| **Plaintiffs and Counterdefendants** | * | |
| v. | * | CIVIL ACTION NO. L01-3809 |
| NADIF OF WYNDHOLME, LLC, *et al.* | * | |
| **Defendants and Counterplaintiffs** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE

Upon consideration of the foregoing Motion for Withdrawal of Appearance (the "Motion") filed by Tydings & Rosenberg LLP, as counsel for defendant Stuart C. Fisher, it is this 3rd day of October 2002, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion be and hereby is **GRANTED**, and it is further

**ORDERED**, that the appearance of William C. Sammons, Stephen M. Goldberg and Tydings & Rosenberg LLP, as counsel for defendant Stuart C. Fisher, be and hereby is **STRICKEN**.

_____
Benson Everett Legg
United States District Judge

cc: William C. Sammons, Esquire
    Stephen M. Goldberg, Esquire
    Tydings & Rosenberg LLP
    100 East Pratt Street, 26th Floor
    Baltimore, Maryland 21202
    *Attorneys for defendants and counterplaintiffs*

    Howard J. Schulman, Esquire
    Schulman & Kaufman, LLC
    One Charles Center
    100 North Charles Street, Suite 600
    Baltimore, Maryland 21201

    *Attorneys for plaintiffs and Counterdefendants*

    Howard "Rusty" Zukerman
    62 Terrehans Lane
    Syosset, New York 11791
    *Defendant*

#315630                                2