UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 17 P 4: 26

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 16, 2002

MEMORANDUM TO COUNSEL RE:   Wyndholme Village, LLC, et al. v.
NADIF of Wyndholme, LLC, et al.
Civil #L-01-3809

Dear Counsel:

I thank Mr. Schulman for his letter of December 16th. Accordingly, the dates proposed in that letter are hereby GRANTED. A status report is due by April 18, 2003.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ Benson Everett Legg

Benson Everett Legg

c:   (w/enclosure)
     Court File