IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, et al.,*

    Plaintiffs and Counter-Defendants*

v.                                    *    Civil Action No. L01-3809

NADIF OF WYNDHOLME, LLC, et al.,*

    Defendants and Counter-Plaintiffs*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March, 2003, copies of Plaintiffs and Counter-Defendants' Notices to Take Depositions of SJM Partners, Inc., Cocoron, Inc. and Tamara J. Fisher, Second Amended Notice to Take Deposition of John R. "Jack" Quinn, and Third Set of Interrogatories to Defendant, NADIF of Wyndholme, LLC were mailed first-class, postage prepaid, to William C. Sammons, Esquire, Stephen M. Goldberg, Esquire, Tydings & Rosenberg, LLP, 100 E. Pratt Street, 26th Floor, Baltimore, Maryland 21202, attorneys for Defendants and Counter-Plaintiffs, and to Stuart C. Fisher, 173 Root Trail, Palm Beach, Florida 33480**.**

                          Howard J. Schulman
                          SCHULMAN & KAUFMAN, LLC
                          One Charles Center
                          100 N. Charles Street, Suite 600
                          Baltimore, Maryland 21201
                          (410) 576-0400
                          Attorneys for Plaintiffs and
                          Counter-Defendants

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 10th day of March, 2003, copies of the foregoing Notice of Service were mailed first-class, postage prepaid, to William C. Sammons, Esquire, Stephen M. Goldberg, Esquire, Tydings & Rosenberg, LLP, 100 E. Pratt Street, 26th Floor, Baltimore, Maryland 21202, attorneys for Defendants and Counter-Plaintiffs, and to Stuart C. Fisher, 173 Root Trail, Palm Beach, Florida 33480.

                                                  Howard J. Schulman