**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * | |
| **Plaintiffs and Counterdefendants** | * | |
| **v.** | * | **CIVIL ACTION NO. L01-3809** |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * | |
| **Defendants and Counterplaintiffs** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF SERVICE OF DISCOVERY**

   I hereby certify that on March 11, 2003, Answers of NADIF to Second Set

of Interrogatories were sent by first class mail, postage prepaid to:

       Howard J. Schulman, Esquire
       Schulman & Kaufman, LLC
       One Charles Center
       100 North Charles Street, Suite 600
       Baltimore, Maryland 21201
       *Attorneys for Plaintiffs and Counterdefendants*

       Howard "Rusty" Zukerman
       62 Terrehans Lane
       Syosset, New York 11791
       *Defendant*

       Stuart C. "Neil" Fisher
       173 Root Trail
       Palm Beach, FL 33480
       *Defendant*

       _____
       William C. Sammons

#334055