IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * |
|    **Plaintiffs and Counterdefendants** | * |
|    v. | *  CIVIL ACTION NO. L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * |
|    **Defendants and Counterplaintiffs** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY**

I hereby certify that on March 11, 2003, Answers of WVI to Second Set of Interrogatories were sent by first class mail, postage prepaid to:

> Howard J. Schulman, Esquire
> Schulman & Kaufman, LLC
> One Charles Center
> 100 North Charles Street, Suite 600
> Baltimore, Maryland 21201
> *Attorneys for Plaintiffs and Counterdefendants*
>
> Howard "Rusty" Zukerman
> 62 Terrehans Lane
> Syosset, New York 11791
> *Defendant*
>
> Stuart C. "Neil" Fisher
> 173 Root Trail
> Palm Beach, FL 33480
> *Defendant*

                                                              _____
                                                              William C. Sammons

#334053