UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR 8  P 3 26

Felicia C. Cannon, Clerk                                      Reply to Northern Division Address

March 18, 2003                          MORE
                                        ___DEPT

Howard J. Schulman
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201

Re:   Case No. L 01-3809

Dear Counsel/Party

The Clerk received your Motion to Compel Defendant on 3/17/03 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery motions, responses and replies to motions must be filed with original and two copies.
☐ Depositions not to be filed unless in support of a motion.
☐ Discovery material received.
☒ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Pleading or paper must be filed electronically.
☒ Other. _____

Very truly yours,

/s/
_____
Benson E. Legg
United States District Judge

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Return pleading letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov