IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * |
| **Plaintiffs and Counterdefendants** | * |
| v. | *   CIVIL ACTION NO. L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * |
| **Defendants and Counterplaintiffs** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on March 20, 2003, NADIF of Wyndholme's First Set of Interrogatories to Plaintiffs James Lancelotta, Katherine Lancelotta, and Wyndholme Village, LLC, and NADIF of Wyndholme's First Request for Production of Documents to Plaintiffs James Lancelotta, Katherine Lancelotta, and Wyndholme Village, LLC were hand delivered to:

>Howard J. Schulman, Esquire
>Schulman & Kaufman, LLC
>One Charles Center
>100 North Charles Street, Suite 600
>Baltimore, Maryland 21201
>*Attorneys for Plaintiffs and Counterdefendants*

and mailed, postage, pre-paid to:

>Howard "Rusty" Zukerman
>62 Terrehans Lane
>Syosset, New York 11791
>*Defendant*
>
>Stuart C. "Neil" Fisher
>173 Root Trail
>Palm Beach, FL 33480
>*Defendant*

_____
William C. Sammons

#334055

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2003, a copy of the foregoing Notice of Service was hand delivered to:

>Howard J. Schulman, Esquire
>Schulman & Kaufman, LLC
>One Charles Center
>100 North Charles Street, Suite 600
>Baltimore, Maryland 21201
>*Attorneys for Plaintiffs and Counterdefendants*

and mailed, postage, pre-paid to:

>Howard "Rusty" Zukerman
>62 Terrehans Lane
>Syosset, New York 11791
>*Defendant*
>
>Stuart C. "Neil" Fisher
>173 Root Trail
>Palm Beach, FL 33480
>*Defendant*

_____
William C. Sammons

#334055