## 2002 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # L99000003986

1. Entity Name
NADIF OF WYNDHOLME, L.L.C.

Principal Place of Business
C/O STUART C. FISHER, TRUSTEE
P.O. BOX 311
PALM BEACH FL 33480

Mailing Address
C/O STUART C. FISHER, TRUSTEE
P.O. BOX 311
PALM BEACH FL 33480

FILED
May 22, 2002 8:00 am
Secretary of State
05-22-2002 90068 025 ****50.00

2. Principal Place of Business
Suite, Apt. #, etc.
City & State
Zip   Country

3. Mailing Address
Suite, Apt. #, etc.
City & State
Zip   Country

DO NOT WRITE IN THIS SPACE

4. FEI Number 52-2232373   ☐ Applied For   ☐ Not Applicable
5. Certificate of Status Desired ☐   $5.00 Additional Fee Required

6. Name and Address of Current Registered Agent
MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

7. Name and Address of New Registered Agent
Name
Street Address (P.O. Box Number is Not Acceptable)
City   FL   Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

FILE NOW!!! FEE IS $50.00
Make Check Payable to Department of State
Due By May 1, 2002

9. MANAGING MEMBERS/MANAGERS
| TITLE | MGRM | ☐ Delete |
| NAME | FISHER, STUART C TRUSTEE | |
| STREET ADDRESS | P.O. BOX 311 | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | |

10. ADDITIONS/CHANGES   ☐ Change  ☐ Addition

11. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: _____[signed]_____ TRUSTEE   4/30/02   (561) 868-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE   Date   Daytime Phone #