Stuart C. "Neil" Fisher, Esq., CEO

**The North American Doctors Investment Fund, Inc.**

Cell 561-758 0189



Member of
THE **NADIF** GROUP
A Real Estate Equity & Development Fund

→ 164 Seminole Ave.
Palm Beach, FL 33480
Office: 561-835-8294
Fax: 561-835-8459
Cell.: 561-818-2252
PBNADIF@aol.com

Howard Zukerman, Chief Financial Officer
Rusty

**The North American Doctors Investment Fund, Inc.**

Member of
THE **NADIF** GROUP
A Real Estate Equity & Development Fund

→ 62 Terrehans Lane
Syosset NY 11791
Office: 516-526-2846
Fax: 516-364-1613
RUSTYZUK@aol.com

5
3-14-03
6R