## NADIF Entities

| | | | | |
|---|---|---|---|---|
| McCann of Florida, Inc. | 10-14-98 ⇨ | NADIF of Florida, Inc. | 06-20-00 ⇨ | One Harborview, Inc. |
| McCann Development of Florida, Inc. | 10-14-98 ⇨ | NADIF Development of Florida, Inc. | ⇨ | |
| McCann Group, Inc. | 10-14-98 ⇨ | NADIF Group, Inc. | ⇨ | |
| | ⇨ | NADIF of Inner Harbor, Inc. | 06-20-00 ⇨ | Inner Harbor Holdings, Inc. |
| | ⇨ | NADIF of South Beach, Inc. | 01-13-00 ⇨ | NADIF of Wyndholme, Inc. |
| NADIF of Wyndholme, LLC | ⇨ | | | |
| NADIF World Trade Center, Inc. | ⇨ | | | |
| The North American Doctors' Investment Fund, Inc. | 09-02-97 ⇨ | The North American Doctors' Investment Fund of Florida, Inc. | 06-19-00 ⇨ | Cocoron, Inc. |