# L00000005793

101 E. College Ave
*Address*

Catherine Fleming 222-6891
*Phone #*

Office Use Only

CORPORATION NAME(S) & DOCUMENT NUMBER(S), (if known):

1. 1060 Brickell Partners, LLC
   (Corporation Name)        (Document #)

2. _____    _____
   (Corporation Name)        (Document #)

3. _____    _____
   (Corporation Name)        (Document #)

4. _____    _____
   (Corporation Name)        (Document #)

☒ Walk in     ☒ Pick up time *call me*     ☒ Certified Copy — Articles of Organization
☐ Mail out    ☐ Will wait     ☐ Photocopy    ☒ Certificate of Status (not certified copy)

FILED 00 MAY 19 PM 1:21 SECRETARY OF STATE TALLAHASSEE FLORIDA

RECEIVED 00 MAY 19 PM 1:13 DEPARTMENT OF STATE DIVISION OF CORPORATIONS TALLAHASSEE, FLORIDA

| NEW FILINGS | AMENDMENTS |
|---|---|
| Profit | Amendment |
| NonProfit | Resignation of R.A., Officer/Director |
| Limited Liability | Change of Registered Agent |
| Domestication | Dissolution/Withdrawal |
| Other | Merger |

| OTHER FILINGS | REGISTRATION/QUALIFICATION |
|---|---|
| Annual Report | Foreign |
| Fictitious Name | Limited Partnership |
| Name Reservation | Reinstatement |
|  | Trademark |
|  | Other |

500003259395--1
-05/19/00--01071--009
****160.00  ****160.00

Examiner's Initials __

CR2E031(1/95)

# ARTICLES OF ORGANIZATION
# OF
# 1060 BRICKELL PARTNERS, LLC

### ARTICLE I - Name

The name of the Limited Liability Company is 1060 BRICKELL PARTNERS, LLC (the "Company").

### ARTICLE II - Address

The mailing address of the principal office of the Company is c/o Tamara J. Fisher, P.O. Box 311, Palm Beach, Florida 33480.

### ARTICLE III - Duration

The period of duration for the Company shall be perpetual unless dissolved according to law.

### ARTICLE IV - Management

The daily, usual course of business of the Company will be managed by its manager (the "Manager"). The Manager shall be elected annually by the members in the manner prescribed by and provided for in the Regulations of the Company. The Manager shall also hold the office and have responsibilities accorded to him/her by the members and as set forth in the Regulations of the Company. The members reserve the general management of the Company to themselves, and therefore all decisions outside the usual course of the Company's business will require the consent of a majority of the members. The name and address of the Manager who is to serve is as follows:

Tamara J. Fisher
P.O. Box 311
Palm Beach, Florida 33480

### ARTICLE V - Admission of Additional Members

The right, if given, of the remaining members to admit additional members and the terms and condition of the admissions shall be subject to a vote of all of the existing members and conditioned on the new member's agreement to abide by all existing agreements of the members regarding the conduct of the Company.

### ARTICLE VI - Members Rights to Continue Business

The right, if given, of the remaining members of the Company to continue the business in the event of the termination of the Company due to death, retirement, resignation, expulsion, bankruptcy, or dissolution of a member or the occurrence of any other event which terminates the continued membership of a member in the Company; the remaining or surviving members may continue in the business of the Company provided that all of the remaining members agree to do so in writing.

### ARTICLE VII - Registered Agent and Office

The street address of the Corporation's initial registered office is 1221 Brickell Avenue, Suite 2100, City of Miami, County of Miami-Dade, State of Florida 33131, and the name of its initial registered agent at such office is Pedro A. Martin.

_____
Signature of Authorized Agent
Pedro A. Martin

### ACCEPTANCE OF APPOINTMENT OF REGISTERED AGENT

The undersigned, having been named the Registered Agent of 1060 BRICKELL PARTNERS, LLC hereby accepts such designation and is familiar with, and accepts, the obligations of such position, as provided in Florida Statutes §608.415 or §608.507.

_____
By: Pedro A. Martin, as Agent

Dated: May 17, 2000.

FILED
00 MAY 19 PM 1:21
SECRETARY OF STATE
TALLAHASSEE FLORIDA

# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** L00000005793

**1. Entity Name**
1060 BRICKELL PARTNERS, LLC

| Principal Place of Business | Mailing Address |
|---|---|
| % TAMARA J. FISHER<br>PO BOX 311<br>PALM BEACH FL 33480 | % TAMARA J. FISHER<br>PO BOX 311<br>PALM BEACH FL 33480 |

FILED
01 FEB -6 AM 7:35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

0015822 AF

**2. Principal Place of Business**
Suite, Apt. #, etc.
City & State
Zip   Country

**3. Mailing Address**
Suite, Apt. #, etc.
City & State
Zip   Country

DO NOT WRITE IN THIS SPACE

**4. FEI Number** ☐ Applied For  ☐ Not Applicable

**5. Certificate of Status Desired** ☐  $5.00 Additional Fee Required

**6. Name and Address of Current Registered Agent**

MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

**7. Name and Address of New Registered Agent**
Name
Street Address (P.O. Box Number is Not Acceptable)
City    FL   Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

**FILE NOW!!! FEE IS $50.00**
Make Check Payable to Department of State

**9. MANAGING MEMBERS/MEMBERS**

| TITLE | MGR | ☐ Delete |
| NAME | FISHER, TAMARA J | |
| STREET ADDRESS | PO BOX 311 | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | |

**10. ADDITIONS/CHANGES**

400003678924--2
-02/14/01--01010--008
*****50.00  *****50.00

☐ Change  ☐ Addition

(additional blank rows for TITLE/NAME/STREET ADDRESS/CITY-ST-ZIP with Delete/Change/Addition checkboxes)

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: _____   1/19/01   561 620-7438
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE   Date   Daytime Phone #

## 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** L00000005793

1. Entity Name

1060 BRICKELL PARTNERS, LLC

**Principal Place of Business**
% TAMARA J. FISHER
PO BOX 311
PALM BEACH FL 33480

**Mailing Address**
% TAMARA J. FISHER
PO BOX 311
PALM BEACH FL 33480

2. Principal Place of Business
   Suite, Apt. #, etc.
   City & State
   Zip    Country

3. Mailing Address
   Suite, Apt. #, etc.
   City & State
   Zip    Country

**FILED**
**May 30, 2002 8:00 am**
**Secretary of State**
05-12-2002 90583 033 ****50.00

DO NOT WRITE IN THIS SPACE

4. FEI Number  APPLIED FOR   ☐ Applied For   ☐ Not Applicable
   52-2300303
5. Certificate of Status Desired ☐   $5.00 Additional Fee Required

6. Name and Address of Current Registered Agent

MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

7. Name and Address of New Registered Agent
   Name
   Street Address (P.O. Box Number is Not Acceptable)
   City    FL    Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

**FILE NOW!!! FEE IS $50.00**
Make Check Payable to Department of State
Due By May 1, 2002

9. MANAGING MEMBERS/MANAGERS

| TITLE | MGR | ☐ Delete |
| NAME | FISHER, TAMARA J | |
| STREET ADDRESS | PO BOX 311 | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | |

10. ADDITIONS/CHANGES  ☐ Change  ☐ Addition

(additional blank entries)

11. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: [signature] Tamara Fisher    4/29/01    (561) 818-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE    Date    Daytime Phone #

# 2003 LIMITED LIABILITY COMPANY UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** L00000005793

1. Entity Name
1060 BRICKELL PARTNERS, LLC

**FILED**
Feb 10, 2003 8:00 am
**Secretary of State**
02-10-2003 90109 002 ****50.00

| Principal Place of Business | Mailing Address |
|---|---|
| % TAMARA J. FISHER<br>PO BOX 311<br>PALM BEACH FL 33480 | % TAMARA J. FISHER<br>PO BOX 311<br>PALM BEACH FL 33480 |

2. Principal Place of Business
3. Mailing Address

☐ CHECK HERE IF MAKING CHANGES

4. FEI Number  52-2306363   ☐ Applied For  ☐ Not Applicable

5. Certificate of Status Desired ☐   $5.00 Additional Fee Required

6. Name and Address of Current Registered Agent

MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

7. Name and Address of New Registered Agent

Name
Street Address (P.O. Box Number is Not Acceptable)
City   FL   Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating.)   DATE

**FILE NOW!!! FEE IS $50.00**
Make Check Payable to Florida Department of State
Due By May 1, 2003

9. MANAGING MEMBERS / MANAGERS
10. ADDITIONS / CHANGES

| TITLE | MGR | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | FISHER, TAMARA J | | NAME | | |
| STREET ADDRESS | PO BOX 311 | | STREET ADDRESS | | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | | CITY-ST-ZIP | | |

11. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

**SIGNATURE:** _Tamara Jeanine Fisher_   2/7/03   (561) 818-2252

CR2E083 (10/02)