Division of Corporations

https://ccfss1.dos.state.fl.us/scripts/efilcovr.exe

# LO100000 3653

## Florida Department of State

Division of Corporations
Public Access System
Katherine Harris, Secretary of State

**MJH**

### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H01000025419 2)))

**Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.**

```
To:
    Division of Corporations
    Fax Number      : (850)922-4003

From:
    Account Name    : EMPIRE CORPORATE KIT COMPANY
    Account Number  : 072450003255
    Phone           : (305)541-3694
    Fax Number      : (305)541-3770
```

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
01 MAR -9 PM 12: 31
RECEIVED

## LIMITED LIABILITY COMPANY

## BRICKELL REALTY INVESTORS, LLC

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
01 MAR -9 PM 4: 39
FILED

| Certificate of Status | 1 |
|---|---|
| Certified Copy | 1 |
| Page Count | 01 |
| Estimated Charge | $160.00 |

1 of 2

3/9/01 12:53 PM

**H** 01 ∩ 0 0 0 2 5 4 1 9

## ARTICLES OF ORGANIZATION

### FOR

### BRICKELL REALTY INVESTORS, LLC

#### ARTICLE I. - NAME

The name of this Limited Liability Company ("Company") shall be:

### BRICKELL REALTY INVESTORS, LLC

#### ARTICLE II. - ADDRESS

The mailing address of the Company is: P.O. Box 728, Palm Beach, Florida 33480.

#### ARTICLE III. - DURATION

The period of duration for the Company shall be perpetual unless dissolved according to law.

#### ARTICLE IV. - MANAGEMENT

The Company is to be managed by its Manager; the name and address of such Manager is:

Name:      John J. Quinn

Address:   c/o The Christopher Companies
           80 Glen Head Road
           Glen Head New York 11545

#### ARTICLE V. - ADMISSION OF ADDITIONAL MEMBERS

The right of the members to admit additional members and the terms and conditions of the admissions shall be: new members may be admitted from time to time and upon such terms and conditions as shall be determined by a unanimous vote of the holders of all of the Membership Interests.

**H** 01 0 0 0 0 2 5 4 1 9

FILED
01 MAR -9 PM 4: 39
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLE VI. - MEMBERS RIGHTS TO CONTINUE BUSINESS

The right of the members of the Company to continue the business on the death, retirement, resignation, expulsion, bankruptcy, or dissolution of a member or the occurrence of any other event which terminates the continual membership of a member in the Company shall be determined by a unanimous vote of the remaining holders of all of the Membership Interests to continue to conduct the business of the Company under the Company's name.

THE PARTY HERETO HAS EXECUTED THESE ARTICLES OF ORGANIZATION AS OF THE 9th DAY OF MARCH, 2001.

_____
Signature of a member or an authorized representative of a member.


Pedro A. Martin
_____
Typed or printed name of signee

Miami/q03011.DOC

MAR-09-2001  12:26    EMPIRE CORP    305 541 3770    P.03/04

H 01000025419

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 OR 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1.   The name of the limited liability company is: BRICKELL REALTY INVESTORS, LLC

2.   The name and the Florida street address of the registered agent are:

PEDRO A. MARTIN, ESQ.
NAME

Greenberg, Traurig, P.A.
1221 Brickell Avenue, Suite 2100
Florida street address (P.O. BOX NOT ACCEPTABLE)

Miami, Florida 33131
CITY, STATE AND ZIP

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate. I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

SIGNATURE

H 01000025419

-3-

MAR-09-2001 12:26      EMPIRE CORP      305 541 3770   P.04/04

**2002 UNIFORM BUSINESS REPORT (UBR)**

DOCUMENT # **L01000003653**

1. Entity Name

**BRICKELL REALTY INVESTORS, LLC**

| Principal Place of Business | Mailing Address |
|---|---|
| P.O. BOX 728<br>PALM BEACH FL 33480 | P.O. BOX 728<br>PALM BEACH FL 33480 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

**FILED**
**May 30, 2002 8:00 am**
**Secretary of State**
05-12-2002 90583 034 ****50.00

**90364**

DO NOT WRITE IN THIS SPACE

| 4. FEI Number | | Applied For |
|---|---|---|
| **52-2301686** | | Not Applicable |
| 5. Certificate of Status Desired | ☐ | **$5.00** Additional<br>Fee Required |

6. Name and Address of Current Registered Agent

MARTIN, PEDRO A ESQ.
C/O GREENBERG, TRAURIG, P.A.
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

7. Name and Address of New Registered Agent

Name

Street Address (P.O. Box Number is Not Acceptable)

City                    FL    Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____

Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!! FEE IS $50.00**
**Make Check Payable to Department of State**
**Due By May 1, 2002**

| 9. MANAGING MEMBERS/MANAGERS | | 10. ADDITIONS/CHANGES | |
|---|---|---|---|
| TITLE **MGR**<br>NAME **QUINN, JOHN J**<br>STREET ADDRESS **80 GLEN HEAD ROAD**<br>CITY-ST-ZIP **GLEN HEAD NY 11545** | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

11. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: _____ William B Fisher    4/29/02    561 818-2252

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE    Date    Daytime Phone #

## 2003 LIMITED LIABILITY COMPANY
## UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Feb 10, 2003 8:00 am**
**Secretary of State**
02-10-2003 90105 027 ****50.00

**DOCUMENT #** L01000003653

**1. Entity Name**
BRICKELL REALTY INVESTORS, LLC

| Principal Place of Business | Mailing Address |
|---|---|
| P.O. BOX 728<br>PALM BEACH FL 33480 | P.O. BOX 728<br>PALM BEACH FL 33480 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip · Country | Zip · Country |

☐ CHECK HERE IF MAKING CHANGES

**4. FEI Number** 52-2301686    Applied For ☐
Not Applicable ☐

**5. Certificate of Status Desired** ☐    **$5.00** Additional Fee Required

**6. Name and Address of Current Registered Agent**

MARTIN, PEDRO A ESQ.
C/O GREENBERG, TRAURIG, P.A.
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City                                FL    Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!! FEE IS $50.00**
Make Check Payable to Florida Department of State
Due By May 1, 2003

| 9. MANAGING MEMBERS/MANAGERS | | 10. ADDITIONS/CHANGES | | |
|---|---|---|---|---|
| TITLE MGR<br>NAME QUINN, JOHN J<br>STREET ADDRESS 80 GLEN HEAD ROAD<br>CITY·ST·ZIP GLEN HEAD NY 11545 | ☒ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Change | ☐ Addition |
| TITLE *MGR*<br>NAME *TAMARA I. FISHER*<br>STREET ADDRESS *164 SEMINOLE AVENUE*<br>CITY·ST·ZIP *PALM BEACH, FLORIDA 33480* | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY·ST·ZIP | ☐ Change | ☐ Addition |

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

**SIGNATURE:** *SIGNATURE REV. TAMARA I. FISHER*    *2/7/03*    561 848-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE    Date    Daytime Phone #

CR2E083 (10/02)