P98000081979

```
9/21/98              FLORIDA DIVISION OF CORPORATIONS          3:54 PM
                          PUBLIC ACCESS SYSTEM
                     ELECTRONIC FILING COVER SHEET

                        (((H98000017645 6)))

TO:   DIVISION OF CORPORATIONS          FAX #: (850)922-4001

FROM: EMPIRE CORPORATE KIT COMPANY      ACCT#: 072450003255
      CONTACT: RAY   STORMONT
      PHONE: (305)541-3694              FAX #: (305)541-3770

NAME: NADIF OF INNER HARBOR, INC.
      AUDIT NUMBER......H98000017645
      DOC TYPE.........FLORIDA PROFIT CORPORATION OR P.A.
      CERT. OF  STATUS..0          PAGES....... 6
      CERT. COPIES......1          DEL.METHOD.. FAX
                                   EST.CHARGE.. $122.50
NOTE: PLEASE PRINT THIS PAGE AND USE IT AS A COVER SHEET. TYPE THE FAX
      AUDIT NUMBER ON THE TOP AND BOTTOM OF ALL PAGES OF THE DOCUMENT

** ENTER 'M' FOR MENU. **

ENTER SELECTION AND <CR>:
Help F1  Option Menu F2              NUM     Connect: 00:03:08
```

FILED 98 SEP 22 AM 11: 04 SECRETARY OF STATE TALLAHASSEE, FLORIDA

9/22/98

SEP-22-1998 10:53    EMPIRE CORPORATE KIT

⑥

FILED

98  SEP 22  AM 11: 04

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLES OF INCORPORATION

### OF

### NADIF OF INNER HARBOR, INC.

#### ARTICLE I
#### NAME

The name of this Corporation is **NADIF OF INNER HARBOR, INC.**, and its mailing address is c/o Pedro A. Martin, Esq., Greenberg Traurig, P.A., 1221 Brickell Avenue, Suite 2100, Miami, Florida 33131.

#### ARTICLE II
#### NATURE OF BUSINESS

This Corporation is being formed for the following purposes:

a.      To engage in any and all lawful business or activity permitted under the laws of the United States and the State of Florida.

b.      To generally have and exercise all powers, rights and privileges necessary and incident to carrying out properly the objects herein mentioned.

c.      To do anything and everything necessary, suitable, convenient or proper for the accomplishment of any of the purposes or the attainment of any or all of the objects hereinbefore enumerated or incidental to the purposes and powers of the corporation or which at any time appear conductive thereto or expedient.

#### ARTICLE III
#### TERM OF EXISTENCE

This Corporation shall have perpetual existence unless sooner dissolved in accordance with the laws of the State of Florida.  The date on which corporate existence shall begin is the date on which these Articles of Incorporation are filed with the Secretary of State of the State of Florida.

#### ARTICLE IV
#### CAPITAL STOCK

This Corporation is authorized to issue 10,000.00 shares of $.01 par value common stock, which shall be designated "Common Shares."

Pedro A. Martin, Esquire
Florida Bar No. 261637
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
(305) 579-0565

H980000 176645

H980000176045

## ARTICLE V
### INITIAL REGISTERED OFFICE AND AGENT

The initial registered office of the Corporation is c/o Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131 and the name of the initial registered agent of this Corporation is Pedro A. Martin, Esq.

## ARTICLE VI
### DIRECTOR QUORUM AND VOTING

No less than a majority of the directors shall constitute a quorum for a meeting of directors. If a quorum is present, the affirmative vote of a majority of the directors present, or, if a director or directors have abstained from voting because of an interest in the matter to be voted upon, the affirmative vote of a majority of the directors present and voting, shall be the act of the Board of Directors.

## ARTICLE VII
### VOTING REQUIREMENTS FOR SHAREHOLDERS

The affirmative vote of a majority of the shareholders of this Corporation entitled to vote shall be required for the authorization of any action of the shareholders of this Corporation.

## ARTICLE VIII
### CLASSES OF DIRECTORS

The By-Laws of this Corporation may provide that the directors be divided into not more than four classes, as nearly equal in number as possible, whose terms of office shall respectively expire at different times, provided that no such term shall continue longer than four years and provided further that at least one-fifth in number of the directors shall be elected annually.

## ARTICLE IX
### AMENDMENTS TO ARTICLES OF INCORPORATION AND BY-LAWS

This Corporation reserves the right to amend or repeal any provisions contained in these Articles of Incorporation or any amendments hereto and any right conferred upon the shareholders is subject to this reservation. Further, the power to adopt, alter, amend or repeal the By-Laws shall be vested in the Board of Directors of this Corporation.

## ARTICLE X
### POWERS

This Corporation shall have all of the corporate powers enumerated in the Florida Business Corporation Act, as amended from time to time.

## ARTICLE XI
### DIVIDENDS

Dividends payable in shares of any class may be paid to the holders of shares of any other class.

H980000176045

H980000176 45

## ARTICLE XII
## INDEMNIFICATION

This corporation shall indemnify any and all of its directors, officers, employees or agents or former directors, officers, employees or agents or any person or persons who may have served at its request as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise in which it owns shares of capital stock or of which it is a creditor, to the fullest extent permitted by law. Said indemnification shall include, but not be limited to, the expenses, including the cost of any judgments, fines, settlements and counsel's fees, actually and necessarily paid or incurred in connection with any action, suit or proceedings, whether civil, criminal, administrative or investigative, and any appeals thereof, to which any such person or his legal representative may be made a party or may be threatened to be made a party, by reason of his being or having been a director, officer, employee or agent as herein provided. The foregoing right of indemnification shall not be exclusive of any other rights to which any director, officer, employee or agent may be entitled as a matter of law or which he may be lawfully granted.

## ARTICLE XIII
## INCORPORATOR

The name and address of the person signing these Articles is:

Pedro A. Martin, Esq.                    Greenberg, Traurig, P.A.
                                         1221 Brickell Avenue
                                         Suite 2100
                                         Miami, Florida, 33131

IN WITNESS WHEREOF, the undersigned incorporator has executed these Articles of Incorporation on this 21 day of September, 1998.

_____
Pedro A. Martin, Esq.

H9800001764S

ACKNOWLEDGMENT

STATE OF FLORIDA )    On this the 21st day of September, 1998, before me,
                      the undersigned Notary Public of the State of Florida,
COUNTY OF MIAMI-DADE )  personally appeared Pedro A. Martin, Esq., whose
                      name is subscribed to within this instrument, and
NOTARY PUBLIC          he acknowledges that he executed it.
SEAL OF OFFICE:

WITNESS my hand and official seal.

_____
NOTARY PUBLIC, STATE OF FLORIDA

Obdulia Rodriguez_____
Print or Type Name of Notary Public

My Commission Expires:

✓ Personally known to me, or
__ Produced identification: Drivers' License

OFFICIAL NOTARY SEAL
OBDULIA RODRIGUEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC583760
MY COMMISSION EXP. SEPT 23,2000

H98000017645

## CERTIFICATE DESIGNATING THE ADDRESS
## AND AN AGENT UPON WHOM PROCESS MAY BE SERVED

### WITNESSETH

That NADIF OF INNER HARBOR, INC. desiring to organize under the laws of the State of Florida, has named Pedro A. Martin, Esq., Greenberg Traurig, P.A., 1221 Brickell Avenue, Suite 2100, Miami, Florida 33131, as its agent to accept service of process within this state.

### ACKNOWLEDGMENT:

Having been named to accept service of process for the above-stated corporation, at the place designated in this certificate, I hereby agree to act in this capacity, and I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I accept the duties and obligations of Section 607.0505, Florida Statutes.

Dated this 21 day of September, 1998.

Pedro A. Martin, Esq.
Registered Agent

FILED
98 SEP 22 AM II: 04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

H98000017645

FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00

| PROFIT CORPORATION ANNUAL REPORT **1999** | FLORIDA DEPARTMENT OF STATE **Katherine Harris** Secretary of State DIVISION OF CORPORATIONS |
|---|---|

**FILED**
**Apr 26, 1999 8:00 am**
**Secretary of State**
04-26-1999 90028 019 ***150.00

019056

DOCUMENT # **P98000081979**

1. Corporation Name
NADIF OF INNER HARBOR, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| C/O PEDRO A. MARTIN. ESQ. 1221 BRICKELL AVE., SUITE 2100 MIAMI FL 33131 | C/O PEDRO A. MARTIN. ESQ. 1221 BRICKELL AVE., SUITE 2100 MIAMI FL 33131 |

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualifed
09/22/1998

| 2. Principal Place of Business | 2a. Mailing Address | 4. FEI Number 52-2122694 | Applied For / Not Applicable |
|---|---|---|---|
| 21 | 26 | | |
| Suite, Apt. #, etc. 22 | Suite, Apt. #, etc. 27 | 5. Certifcate of Status Desired ☐ | $8.75 Additional Fee Required |
| City & State 23 | City & State 28 | 6. Election Campaign Financing Trust Fund Contribution ☐ | $5.00 May Be Added to Fees |
| Zip 24 | Country 25 | Zip 29 | Country 30 |

8. This corporation owes the current year Intangible Personal Property Tax.   ☐ Yes   ☐ No

| 9. Name and Address of Current Registered Agent | | 10. Name and Address of New Registered Agent |
|---|---|---|
| MARTIN, PEDRO A ESQ. C/O GREENBERG TRAURIG, P.A. 1221 BRICKELL AVE., SUITE 2100 MIAMI FL 33131 | 81 Name 82 Street Address (P.O. Box Number is Not Acceptable) 83 84 City   FL   85 Zip Code | |

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent: I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|
| TITLE PRESIDENT NAME TAMARA JEANNE FISHER STREET ADDRESS 164 SEMINOLE AVENUE CITY-ST-ZIP PALM BEACH, FLORIDA 33480 | ☐ DELETE | 1.1 TITLE 1.2 NAME 1.3 STREET ADDRESS 1.4 CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ DELETE | 2.1 TITLE 2.2 NAME 2.3 STREET ADDRESS 2.4 CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ DELETE | 3.1 TITLE 3.2 NAME 3.3 STREET ADDRESS 3.4 CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ DELETE | 4.1 TITLE 4.2 NAME 4.3 STREET ADDRESS 4.4 CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ DELETE | 5.1 TITLE 5.2 NAME 5.3 STREET ADDRESS 5.4 CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE NAME STREET ADDRESS CITY-ST-ZIP | ☐ DELETE | 6.1 TITLE 6.2 NAME 6.3 STREET ADDRESS 6.4 CITY-ST-ZIP | ☐ Change ☐ Addition |

CR2E034 (11/98)

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____ 4/22/99   (561) 818-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

**2000 UNIFORM BUSINESS REPORT (UBR)**

DOCUMENT # **P98000081979**

1. Entity Name

NADIF OF INNER HARBOR, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| C/O PEDRO A. MARTIN. ESQ.<br>1221 BRICKELL AVE.. SUITE 2100<br>MIAMI FL 33131 | C/O PEDRO A. MARTIN. ESQ.<br>1221 BRICKELL AVE.. SUITE 2100<br>MIAMI FL 33131-3258 |

**FILED**
**Feb 28, 2000 8:00 am**
**Secretary of State**
02-28-2000 90191 029 ***150.00

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip    - | Country | Zip    - | Country |

DO NOT WRITE IN THIS SPACE

| 4. FEI Number  52-2122694 | Applied For |
|---|---|
| | Not Applicable |

5. Certificate of Status Desired ☐  **$8.75** Additional Fee Required

**6. Name and Address of Current Registered Agent**

MARTIN, PEDRO A ESQ.
C/O GREENBERG TRAURIG, P.A.
1221 BRICKELL AVE., SUITE 2100
MIAMI FL 33131

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City                              FL   Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

9. This corporation is eligible to satisfy its intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
**After MAY 1, 2000 Fee will be $550.00**
**Make Check Payable to Department of State**

10. Election Campaign Financing Trust Fund Contribution. ☐  **$5.00** May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|---|
| TITLE | PD | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | FISHER, TAMARA J | | NAME | |
| STREET ADDRESS | 164 SEMINOLE AVE. | | STREET ADDRESS | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | | CITY-ST-ZIP | |
| TITLE | | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |
| TITLE | | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |
| TITLE | | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |
| TITLE | | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |
| TITLE | | ☐ Delete | TITLE | ☐ Change ☐ Addition |
| NAME | | | NAME | |
| STREET ADDRESS | | | STREET ADDRESS | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | |

CR2E034 (9/99)

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____   2/4/2000   (561) 818-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

P98000081979

**Florida Department of State**
Division of Corporations
· Public Access System
Katherine Harris, Secretary of State

Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

(((H00000032696 7)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

```
To:
      Division of Corporations
      Fax Number      : (850)922-4000

From:
      Account Name    : EMPIRE CORPORATE KIT COMPANY
      Account Number  : 072450003255
      Phone           : (305)541-3694
      Fax Number      : (305)541-3770
```

RECEIVED
00 JUN 20 PM 1:12
DIVISION OF CORPORATIONS

FILED
00 JUN 20 PM 3:03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## BASIC AMENDMENT

## NADIF OF INNER HARBOR, INC.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 1 |
| Page Count | 02 |
| Estimated Charge | $43.75 |

1 of 2

6/19/00 12:13 PM

8501487-6013     06/20/00 06:35 Fl Dept of State     p1 /1



**FLORIDA DEPARTMENT OF STATE**
Katherine Harris
Secretary of State

June 19, 2000

NADIF OF INNER HARBOR, INC.
C/O PEDRO A. MARTIN, ESQ.
1221 BRICKELL AVE., SUITE 2100
MIAMI, FL  33131

SUBJECT: NADIF OF INNER HARBOR, INC.
REF: P98000081979

We received your electronically transmitted document.  However, the
document has not been filed.  Please make the following corrections and
refax the complete document, including the electronic filing cover sheet.

The document must be signed by the chairman, any vice chairman of the
board of directors, its president, or another of its officers.

Please return your document, along with a copy of this letter, within 60
days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please
call (850) 487-6906.

Darlene Connell                     FAX Aud. #: H00000032696
Corporate Specialist                Letter Number: 600A00034754

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

JUN-20-2000  13:12     EMPIRE CORP     305 541 3770     P.01/03

H000 00032690

**ARTICLES OF AMENDMENT**
**TO**
**ARTICLES OF INCORPORATION**
**OF**
**NADIF OF INNER HARBOR, INC.**

FILED
00 JUN 20 PM 3: 03
SECRETARY OF STATE
TALLAHASSEE, FL

**NADIF OF INNER HARBOR, INC.**, a corporation organized and existing under the laws of the State of Florida (the "Corporation"), in order to amend its Articles of Incorporation in accordance with the requirements of Chapter 607 of the Florida Business Corporation Act (the "Act"), does hereby certify as follows:

1. The Articles of Incorporation of the Corporation were filed by the Secretary of State of the State of Florida on September 22, 1998 and document number P98000081979 was assigned.

2. The Amendment to the Articles of Incorporation being effectuated hereby will delete Article 1 of the Articles of Incorporation as of the date hereof, and substitute in its place the Article 1 set forth below. As amended below, Article 1 of the Articles of Incorporation has the sole effect of changing the Corporation's name from **NADIF OF INNER HARBOR, INC.** to **INNER HARBOR HOLDINGS, INC.**

3. This Amendment to the Articles of Incorporation was adopted by the all of the Directors of the Corporation and by all of the Shareholders of the Corporation on May 1, 2000 in the manner prescribed by Section 607 of the Act.

4. These Articles of Amendment to the Articles of Incorporation shall be effective immediately upon the filing by the Secretary of State for the State of Florida and thereafter, the name of the corporation shall be **INNER HARBOR HOLDINGS, INC.** and Article 1 of the Articles of Incorporation shall read as follows:

<u>Article I. Corporate Name</u>

The name of this Corporation is **INNER HARBOR HOLDINGS, INC.**

5.    Except as hereby amended, the Articles of Incorporation of the Corporation shall remain the same.

**IN WITNESS WHEREOF**, the undersigned being the sole director of the Corporation, has executed these Articles of Amendment to Articles of Incorporation this 1st day of May, 2000.

INNER HARBOR HOLDINGS, INC.,
a Florida corporation

Tamara J. Fisher, sole director / President

H000 00032696

P98 0000 81979

## 2001 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # **P98000081979**

**1.** Entity Name

**INNER HARBOR HOLDINGS, INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| C/O PEDRO A. MARTIN, ESQ.<br>1221 BRICKELL AVE., SUITE 2100<br>MIAMI FL 33131 | C/O PEDRO A. MARTIN, ESQ.<br>1221 BRICKELL AVE., SUITE 2100<br>MIAMI FL 33131 |

**2.** Principal Place of Business     **3.** Mailing Address

Suite, Apt. #, etc.     Suite, Apt. #, etc.

City & State     City & State

Zip     Country     Zip     Country

**FILED**
**Apr 06, 2001 8:00 am**
**Secretary of State**
04-06-2001 90010 028 ***150.00

DO NOT WRITE IN THIS SPACE

**4.** FEI Number  **52-2122694**

☐ Applied For
☐ Not Applicable

**5.** Certificate of Status Desired  ☐   **$8.75** Additional Fee Required

**6. Name and Address of Current Registered Agent**

MARTIN, PEDRO A ESQ.
C/O GREENBERG TRAURIG, P.A.
1221 BRICKELL AVE., SUITE 2100
MIAMI FL 33131

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City     **FL**     Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.     (NOTE: Registered Agent signature required when reinstating)     DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back)  ☐

**FILE NOW!!! FEE IS $150.00**
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution.  ☐   **$5.00** May Be Added to Fees

### 11. OFFICERS AND DIRECTORS

### 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

| | | 12. | | |
|---|---|---|---|---|
| TITLE **PD** | ☐ Delete | TITLE | ☐ Change | ☐ Addition |
| NAME **FISHER, TAMARA J** | | NAME | | |
| STREET ADDRESS **164 SEMINOLE AVE.** | | STREET ADDRESS | | |
| CITY-ST-ZIP **PALM BEACH FL 33480** | | CITY-ST-ZIP | | |
| TITLE | ☐ Delete | TITLE | ☐ Change | ☐ Addition |
| NAME | | NAME | | |
| STREET ADDRESS | | STREET ADDRESS | | |
| CITY-ST-ZIP | | CITY-ST-ZIP | | |
| TITLE | ☐ Delete | TITLE | ☐ Change | ☐ Addition |
| NAME | | NAME | | |
| STREET ADDRESS | | STREET ADDRESS | | |
| CITY-ST-ZIP | | CITY-ST-ZIP | | |
| TITLE | ☐ Delete | TITLE | ☐ Change | ☐ Addition |
| NAME | | NAME | | |
| STREET ADDRESS | | STREET ADDRESS | | |
| CITY-ST-ZIP | | CITY-ST-ZIP | | |
| TITLE | ☐ Delete | TITLE | ☐ Change | ☐ Addition |
| NAME | | NAME | | |
| STREET ADDRESS | | STREET ADDRESS | | |
| CITY-ST-ZIP | | CITY-ST-ZIP | | |
| TITLE | ☐ Delete | TITLE | ☐ Change | ☐ Addition |
| NAME | | NAME | | |
| STREET ADDRESS | | STREET ADDRESS | | |
| CITY-ST-ZIP | | CITY-ST-ZIP | | |

CR2E034 (10/00)

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____     4/3/01     878-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR     Date     Daytime Phone #

## 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #**   P98000081979

1. Entity Name
INNER HARBOR HOLDINGS, INC.

**FILED**
**May 09, 2002 8:00 am**
**Secretary of State**
05-09-2002 90016 046 ***150.00

| Principal Place of Business | Mailing Address |
|---|---|
| C/O PEDRO A. MARTIN. ESQ.<br>1221 BRICKELL AVE.. SUITE 2100<br>MIAMI FL 33131 | C/O PEDRO A. MARTIN. ESQ.<br>1221 BRICKELL AVE.. SUITE 2100<br>MIAMI FL 33131 |

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip    Country | Zip    Country |

4. FEI Number   52-2122694    Applied For    Not Applicable

5. Certificate of Status Desired ☐    **$8.75** Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| MARTIN, PEDRO A ESQ.<br>C/O GREENBERG TRAURIG, P.A.<br>1221 BRICKELL AVE., SUITE 2100<br>MIAMI FL 33131 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City    FL    Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2002 Fee will be $550.00**
**Make Check Payable to Department of State**

10. Election Campaign Financing Trust Fund Contribution. ☐    **$5.00** May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE **PD**<br>NAME **FISHER, TAMARA J**<br>STREET ADDRESS **164 SEMINOLE AVE.**<br>CITY-ST-ZIP **PALM BEACH FL 33480** | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |

CR2E034 (9/01)

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Tamara J. Fisher_    4/29/02    (561) 818-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

# 2003 FOR PROFIT CORPORATION
## UNIFORM BUSINESS REPORT (UBR)

DOCUMENT #    **P98000081979**

1. Entity Name
INNER HARBOR HOLDINGS, INC.

**FILED**
**Feb 10, 2003 8:00 am**
**Secretary of State**
02-10-2003 90231 036 ***150.00

| Principal Place of Business | Mailing Address |
|---|---|
| C/O PEDRO A. MARTIN. ESQ.<br>1221 BRICKELL AVE.. SUITE 2100<br>MIAMI FL 33131 | C/O PEDRO A. MARTIN. ESQ.<br>1221 BRICKELL AVE.. SUITE 2100<br>MIAMI FL 33131 |
| 2. Principal Place of Business | 3. Mailing Address |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip        Country | Zip        Country |

☐ CHECK HERE IF MAKING CHANGES

| 4. FEI Number  52-2122694 | Applied For |
|---|---|
| | Not Applicable |

5. Certificate of Status Desired ☐    **$8.75** Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| MARTIN, PEDRO A ESQ.<br>C/O GREENBERG TRAURIG, P.A.<br>1221 BRICKELL AVE., SUITE 2100<br>MIAMI FL 33131 | Name |
| | Street Address (P.O. Box Number is Not Acceptable) |
| | City        FL    Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____

Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!! FEE IS $150.00**
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

9. Election Campaign Financing
Trust Fund Contribution. ☐    **$5.00** May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE **PD**<br>NAME **FISHER, TAMARA J**<br>STREET ADDRESS **164 SEMINOLE AVE.**<br>CITY-ST-ZIP **PALM BEACH FL 33480** | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i). Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _SIGNATURE Tamara J. Fisher_    2/7/03    818-2252

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

CR2E034 (10/02)