**L99000003986**

Division of Corporations
https://ccfss1.dos.state.fl.us/scripts/efilcovr.exe

### Florida Department of State
Division of Corporations
Public Access System
Katherine Harris, Secretary of State

#### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H99000016251 3)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
  Division of Corporations
  Fax Number    : (850)922-4003

From:
  Account Name   : EMPIRE CORPORATE KIT COMPANY
  Account Number : 072450003255
  Phone          : (305)541-3694
  Fax Number     : (305)541-3770

## LIMITED LIABILITY COMPANY

### NADIF OF WYNDHOLME, L.L.C.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 04 |
| Estimated Charge | $337.50 |

L99-3986

99 JUL -2 AM 9:33
FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

1 of 2

7/1/99 4:52 PM

H99000016251

# ARTICLES OF ORGANIZATION
# OF
# NADIF OF WYNDHOLME, L.L.C.



FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
99 JUL -2 AM 9:33

### ARTICLE I - Name

The name of the Limited Liability Company is NADIF OF WYNDHOLME, L.L.C. (the "Company").

### ARTICLE II - Address

The mailing address and street address of the principal office of the Company is c/o Stuart C. Fisher, Trustee, P.O. Box 311, Palm Beach, Florida 33480.

### ARTICLE III - Duration

The Company shall exist for a period of thirty (30) years from the date of filing these Articles of Organization, unless continued by the unanimous consent of all the members or unless sooner dissolved in accordance with Florida law.

### ARTICLE IV - Management

The daily, usual course of business of the Company will be managed by its managing member (the "Managing Member"). The Managing Member shall be elected annually by the members in the manner prescribed by and provided for in the Regulations of the Company. The Managing Member shall also hold the office and have responsibilities accorded to him by the members and as set forth in the Regulations of the Company. The members reserve the general management of the Company to themselves, and therefore all decisions outside the usual course of the Company's business will require the consent of a majority of the members. The name and address of the Managing Member who is to serve is as follows:

Stuart C. Fisher, Trustee
P.O. Box 311
Palm Beach, Florida 33480

### ARTICLE V - Admission of Additional Members

The right, if given, of the remaining members to admit additional members and the terms and condition of the admissions shall be subject to a vote of all of the existing members and conditioned on the new member's agreement to abide by all existing agreements of the members regarding the conduct of the Company.

H99000016251

H99000016251

### ARTICLE VI - Members Rights to Continue Business

The right, if given, of the remaining members of the Company to continue the business in the event of the termination of the Company due to death, retirement, resignation, expulsion, bankruptcy, or dissolution of a member or the occurrence of any other event which terminates the continued membership of a member in the Company; the remaining or surviving members may continue in the business of the Company provided that all of the remaining members agree to do so in writing.

### ARTICLE VII - Registered Agent and Office

The street address of the Corporation's initial registered office is 1221 Brickell Avenue, Suite 2100, City of Miami, County of Miami-Dade, State of Florida 33131, and the name of its initial registered agent at such office is Pedro A. Martin.

### ACCEPTANCE OF APPOINTMENT OF REGISTERED AGENT

The undersigned, having been named the Registered Agent of NADIF OF WYNDHOLME, L.L.C., hereby accepts such designation and is familiar with, and accepts, the obligations of such position, as provided in Florida Statutes §608.415 or §608.507.

By: Pedro A. Martin, as Agent

Dated: July 1st, 1999.

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
99 JUL -2 AM 9: 33

H99000016251

H99000016251

### AFFIDAVIT OF MEMBERSHIP AND CONTRIBUTIONS

The undersigned member or authorized representative of a member of NADIF OF WYNDHOLME, L.L.C. deposes and says:

1. the above named Company has at least two members;
2. the total amount of cash contributed by the members is $1,000.00.
3. if any, the agreed value of property other than cash contributed by members is $0.
4. the total amount of cash or property anticipated to be contributed by members is $1,000.00. This amount includes amount from 2 and 3 above.

_Signature of a member or authorized representative of a member_
Stuart C. Fisher, Trustee

(In accordance with §608.408(3), Florida Statutes, the execution of this affidavit constitutes an affirmation under penalties of perjury that the facts stated herein are true.)

FILED
99 JUL -2 AM 9: 33
SECRETARY OF STATE
DIVISION OF CORPORATIONS

H99000016251

# 2000 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** L99000003986

**1. Entity Name**
NADIF OF WYNDHOLME, L.L.C.

| Principal Place of Business | Mailing Address |
|---|---|
| C/O STUART C. FISHER, TRUSTEE | C/O STUART C. FISHER, TRUSTEE |
| P.O. BOX 311 | P.O. BOX 311 |
| PALM BEACH FL 33480 | PALM BEACH FL 33480-0311 |

**2.** Principal Place of Business        **3.** Mailing Address

Suite, Apt. #, etc.       Suite, Apt. #, etc.

City & State        City & State

Zip    Country        Zip    Country

FILED 4/3/21
00 MAR -8 PM 12:45
SECRETARY OF STATE
TALLAHASSEE FLORIDA

DO NOT WRITE IN THIS SPACE

**4.** FEI Number: Applied For    ☐ Applied For  ☐ Not Applicable

**5.** Certificate of Status Desired ☐ $5.00 Additional Fee Required

**6.** Name and Address of Current Registered Agent

MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

**7.** Name and Address of New Registered Agent

Name
Street Address (P.O. Box Number is Not Acceptable)
City          FL  Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable  (NOTE: Registered Agent signature required when reinstating)   DATE

FILE NOW!!! FEE IS $50.00
Make Check Payable to Department of State

900003187689--0
-03/29/00--01005--022
*****50.00  *****50.00

**9.** MANAGING MEMBERS / MEMBERS     **10.** ADDITIONS / CHANGES

| TITLE | MGRM | ☐ Delete | TITLE |   | ☐ Change ☐ Addition |
| NAME | FISHER, STUART A TRUSTEE | | NAME | | |
| STREET ADDRESS | P.O. BOX 311 | | STREET ADDRESS | | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | | CITY-ST-ZIP | | |

(additional blank member rows)

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: [signature] TRUSTEE   3/8/00
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER OR MANAGER   Date   Daytime Phone #

# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** L99000003986

1. Entity Name
NADIF OF WYNDHOLME, L.L.C.

| Principal Place of Business | Mailing Address |
|---|---|
| C/O STUART C. FISHER, TRUSTEE | C/O STUART C. FISHER, TRUSTEE |
| P.O. BOX 311 | P.O. BOX 311 |
| PALM BEACH FL 33480 | PALM BEACH FL 33480 |

FILED
01 FEB -6 AM 7:35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

0015804 AF

2. Principal Place of Business
3. Mailing Address
Suite, Apt. #, etc.
City & State
Zip    Country

DO NOT WRITE IN THIS SPACE

4. FEI Number  52-2232302   Applied For / Not Applicable
5. Certificate of Status Desired   $8.00 Additional Fee Required

6. Name and Address of Current Registered Agent

MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

7. Name and Address of New Registered Agent
Name
Street Address (P.O. Box Number is Not Acceptable)
City   FL   Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____   DATE _____

**FILE NOW!!! FEE IS $50.00**
Make Check Payable to Department of State

| 9. MANAGING MEMBERS/MEMBERS | 10. ADDITIONS/CHANGES |
|---|---|
| TITLE: MGRM  NAME: FISHER, STUART C TRUSTEE  STREET ADDRESS: P.O. BOX 311  CITY-ST-ZIP: PALM BEACH FL 33480 | 500003678935--1  -02/14/01--01010--009  *****50.00  *****50.00 |

11. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: [signature]    Date: 1/19/01    Daytime Phone #: 561 670-2438

## 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** L99000003986

**1. Entity Name**
NADIF OF WYNDHOLME, L.L.C.

**FILED**
**May 22, 2002 8:00 am**
**Secretary of State**
05-22-2002 90068 025 ****50.00

| Principal Place of Business | Mailing Address |
|---|---|
| C/O STUART C. FISHER, TRUSTEE<br>P.O. BOX 311<br>PALM BEACH FL 33480 | C/O STUART C. FISHER, TRUSTEE<br>P.O. BOX 311<br>PALM BEACH FL 33480 |

**2. Principal Place of Business** — Suite, Apt. #, etc. — City & State — Zip — Country

**3. Mailing Address** — Suite, Apt. #, etc. — City & State — Zip — Country

DO NOT WRITE IN THIS SPACE

**4. FEI Number** 52-2232373  ☐ Applied For  ☐ Not Applicable

**5. Certificate of Status Desired** ☐  $5.00 Additional Fee Required

**6. Name and Address of Current Registered Agent**
MARTIN, PEDRO A
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

**7. Name and Address of New Registered Agent**
Name:
Street Address (P.O. Box Number is Not Acceptable):
City: ____  FL  Zip Code: ____

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating)  DATE

FILE NOW!!! FEE IS $50.00
Make Check Payable to Department of State
Due By May 1, 2002

**9. MANAGING MEMBERS / MANAGERS**

| | | | 10. ADDITIONS / CHANGES | |
|---|---|---|---|---|
| TITLE MGRM<br>NAME FISHER, STUART C TRUSTEE<br>STREET ADDRESS P.O. BOX 311<br>CITY-ST-ZIP PALM BEACH FL 33480 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change | ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change | ☐ Addition |

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: _____/s/ TRUSTEE_____   4/30/02   (561) 8K8-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE   Date   Daytime Phone #