# P97000089248

## FILING COVER SHEET

REFERENCE: 0150 4148

DATE: 0150 4148 10-14-98

CONTACT: CINDY HICKS

FROM: CORPORATE & CRIMINAL RESEARCH SERVICES

103 N. MERIDIAN STREET

TALLAHASSEE, FL 32301

TELEPHONE: 222-1173

SUBJECT: McCann of Florida Inc

STATE FEES PREPAID WITH CHECK # 3417 FOR $ 35.

PLEASE FILE:

( ) ARTICLES OF INC.     (X) AMENDMENT          ( ) DISSOLUTION
( ) ANNUAL REPORT        ( ) MERGER             ( ) WITHDRAWAL
( ) QUALIFICATION        ( ) LIMITED PARTNERSHIP ( ) ANNUAL REPORT
( ) FICTITIOUS NAME      ( ) LIMITED LIABILITY  ( ) REINSTATEMENT
( ) TRADEMARK/SERVICE    ( ) UCC-1              ( ) UCC-3

PROVIDE US WITH:

( ) CERTIFIED COPY       ( ) CERTIFICATE OF STATUS   (X) STAMPED COPY

Examiner's Initials

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF INCORPORATION
# OF
# MCCANN OF FLORIDA, INC.



Pursuant to the provisions of Section 607.1006 of the Florida Business Corporation Act (the "Act"), the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

1. The name of the corporation is MCCANN OF FLORIDA, INC. (the "Corporation"), document number P97000089248, filed on October 16, 1997.

2. The following Amendment to the Articles of Incorporation was adopted by the all of the Directors of the Corporation and by all of the Shareholders of the Corporation, the number of votes cast being sufficient for approval, on October 9, 1998 in the manner prescribed by Section 607.1003 of the Act:

   **RESOLVED**, that Article I of the Corporation's Articles of Incorporation shall be amended in its entirety to read as follows:

### ARTICLE I

### Name

The name of this Corporation is NADIF of Florida, Inc. (hereinafter, the "Corporation") and its mailing address is c/o Pedro A. Martin, Esq., Greenberg Traurig, P.A., 1221 Brickell Avenue, 24th Floor, Miami, Florida 33131.

3. Except as hereby amended, the Articles of Incorporation of the Corporation shall remain the same.

**IN WITNESS WHEREOF**, the undersigned being the President of the Corporation, has executed these Articles of Amendment to Articles of Incorporation of MCCANN OF FLORIDA, INC. this 12th day of October, 1998.

MCCANN OF FLORIDA, INC.,
a Florida corporation

By: _____
Stuart S. Fishow, President

**FILE NOW: FILING FEE AFTER MAY 1ST IS $550.00**

PROFIT CORPORATION ANNUAL REPORT 1999



FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State
DIVISION OF CORPORATIONS

**FILED Apr 26, 1999 8:00 am**
Secretary of State
04-26-1999 90028 023 ***150.00

DOCUMENT # P97000089248

1. Corporation Name
NADIF OF FLORIDA, INC.

Principal Place of Business
C/O PEDRO A. MARTIN, ESQUIRE
1221 BRICKELL AVENUE 24TH FLOOR
MIAMI FL 33131

Mailing Address
C/O PEDRO A. MARTIN, ESQUIRE
1221 BRICKELL AVENUE 24TH FLOOR
MIAMI FL 33131

DO NOT WRITE IN THIS SPACE

3. Date Incorporated or Qualified: 10/16/1997
4. FEI Number: 52-2085772   Applied For / Not Applicable
5. Certificate of Status Desired □  $8.75 Additional Fee Required
6. Election Campaign Financing Trust Fund Contribution  $5.00 May Be Added to Fees
8. This corporation owes the current year Intangible Personal Property Tax. □Yes ☒No

2. Principal Place of Business (21/22/23/24/25)
2a. Mailing Address (26/27/28/29/30)

9. Name and Address of Current Registered Agent
MARTIN, PEDRO A ESQ
C/O GREENBERG, TRAURIG, HOFFMAN, ET. AL.
1221 BRICKELL AVENUE - 24TH FLOOR
MIAMI FL 33131

10. Name and Address of New Registered Agent
B1 Name
B2 Street Address (P.O. Box Number is Not Acceptable)
B3
B4 City _____ FL   B5 Zip Code

11. Pursuant to the provisions of Sections 607.0502 and 607.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 607.0505, Florida Statutes.

SIGNATURE: _____ DATE: _____

| 12. OFFICERS AND DIRECTORS | | 13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12 | |
|---|---|---|---|
| TITLE | PSD | ☐ DELETE | 1.1 TITLE — ☐ Change ☐ Add |
| NAME | FISHER, STUART C | | 1.2 NAME |
| STREET ADDRESS | 1221 BRICKELL AVENUE | | 1.3 STREET ADDRESS |
| CITY-ST-ZIP | MIAMI FL 33131 | | 1.4 CITY-ST-ZIP |
| TITLE | VPTD | ☒ DELETE | 2.1 TITLE — ☐ Change ☐ Add |
| NAME | MADDEN, WILLIAM | | 2.2 NAME |
| STREET ADDRESS | 1221 BRICKELL AVENUE | | 2.3 STREET ADDRESS |
| CITY-ST-ZIP | MIAMI FL 33131 | | 2.4 CITY-ST-ZIP |
| TITLE | VPD | ☒ DELETE | 3.1 TITLE — ☐ Change ☐ Add |
| NAME | FAHEY, BRUCE | | 3.2 NAME |
| STREET ADDRESS | 1221 BRICKELL AVENUE | | 3.3 STREET ADDRESS |
| CITY-ST-ZIP | MIAMI FL 33131 | | 3.4 CITY-ST-ZIP |
| TITLE | VPD | ☒ DELETE | 4.1 TITLE — ☐ Change ☐ Add |
| NAME | BERGER, MARTIN | | 4.2 NAME |
| STREET ADDRESS | 1221 BRICKELL AVENUE | | 4.3 STREET ADDRESS |
| CITY-ST-ZIP | MIAMI FL 33131 | | 4.4 CITY-ST-ZIP |
| TITLE | | ☐ DELETE | 5.1 TITLE — ☐ Change ☐ Add |
| NAME | | | 5.2 NAME |
| STREET ADDRESS | | | 5.3 STREET ADDRESS |
| CITY-ST-ZIP | | | 5.4 CITY-ST-ZIP |
| TITLE | | ☐ DELETE | 6.1 TITLE — ☐ Change ☐ Add |
| NAME | | | 6.2 NAME |
| STREET ADDRESS | | | 6.3 STREET ADDRESS |
| CITY-ST-ZIP | | | 6.4 CITY-ST-ZIP |

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal affect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address, with all other like empowered.



# 2000 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P97000089248

1. Entity Name:
NADIF OF FLORIDA, INC.

Principal Place of Business:
C/O PEDRO A. MARTIN ESQUIRE
1221 BRICKELL AVENUE 24TH FLOOR
MIAMI FL 33131

Mailing Address:
C/O PEDRO A. MARTIN ESQUIRE
1221 BRICKELL AVENUE 24TH FLOOR
MIAMI FL 33131-3224

**FILED**
Feb 28, 2000 8:00 am
Secretary of State

4. FEI Number: 59-2085772

6. Name and Address of Current Registered Agent:
MARTIN, PEDRO A ESQ
C/O GREENBERG, TRAURIG, HOFFMAN, ET. AL
1221 BRICKELL AVENUE - 24TH FLOOR
MIAMI FL 33133

FILE NOW!! FEE IS $150.00
After MAY 1, 2000 Fee will be $550.00
Make Check Payable to Department of State

11. OFFICERS AND DIRECTORS:

TITLE: PSD
NAME: FISHER, STUART D
STREET ADDRESS: 1221 BRICKELL AVENUE
CITY-ST-ZIP: MIAMI FL 33131

TITLE: PRESIDENT
NAME: TAMARA JEANNE FISHER
STREET ADDRESS: P.O. BOX 311
CITY-ST-ZIP: PALM BEACH, FL 33480

SIGNATURE: [signed]  2/4/2000  561-818-2252



Florida Department of State
Division of Corporations
Public Access System
Katherine Harris, Secretary of State

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H02000146871 7)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)205-0380

From:
    Account Name   : EMPIRE CORPORATE KIT COMPANY
    Account Number : 072450003255
    Phone          : (305)634-3694
    Fax Number     : (305)633-9696

## BASIC AMENDMENT

### ONE HARBORVIEW, INC.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 03 |
| Estimated Charge | $35.00 |

H02000146871

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF INCORPORATION
## OF
## ONE HARBORVIEW, INC.



FILED
02 JUN -3 PM 4:10
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Pursuant to the Florida Business Corporation Act (the "Act"), the undersigned corporation adopts the following Articles of Amendment to its Articles of Incorporation:

1. The name of the corporation is ONE HARBORVIEW, INC. (the "Corporation"), document number P97000089248, filed on October 16, 1997.

2. The following Amendment to the Articles of Incorporation was adopted by the all of the Directors of the Corporation and by all of the Shareholders of the Corporation, the number of votes cast being sufficient for approval in the manner prescribed by the Act:

The registered agent / registered office of the Company is hereby replaced with the following (see attached Certificate of Designation of Registered Agent / Registered Office):

Registered Agent: Tamara J. Fisher

Registered Office: 173 Root Trail
Palm Beach, Florida 33480

3. Except as hereby amended, the Articles of Incorporation of the Corporation shall remain the same.

IN WITNESS WHEREOF, the undersigned being the President of the Corporation, has executed these Articles of Amendment to Articles of Incorporation of ONE HARBORVIEW, INC.

ONE HARBORVIEW, INC., a Florida corporation

By: _____ Pres.
Tamara J. Fisher, President

H02000146871

H02000146871

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF THE FLORIDA STATUTES, THE UNDERSIGNED CORPORATION SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the corporation is: ONE HARBORVIEW, INC.

2. The name and the Florida street address of the registered agent are:

TAMARA J. FISHER
NAME

173 Root Trail
Palm Beach, Florida 33480
Florida street address (P.O. BOX NOT ACCEPTABLE)

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

TAMARA J. FISHER
SIGNATURE

H02000146871

# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P97000089248

**1. Entity Name**
ONE HARBORVIEW, INC.

**Principal Place of Business**
C/O PEDRO A. MARTIN, ESQUIRE
1221 BRICKELL AVENUE 24TH FLOOR
MIAMI FL 33131

**Mailing Address**
C/O PEDRO A. MARTIN, ESQUIRE
1221 BRICKELL AVENUE 24TH FLOOR
MIAMI FL 33131

**FILED**
Apr 10, 2001 8:00 am
Secretary of State
04-10-2001 90069 034 ***150.00

DO NOT WRITE IN THIS SPACE

2. Principal Place of Business
3. Mailing Address
Suite, Apt. #, etc.
City & State
Zip  Country

**4. FEI Number** 52-2085772  Applied For / Not Applicable

**5.** Certificate of Status Desired ☐  $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
MARTIN, PEDRO A ESQ
C/O GREENBERG, TRAURIG, HOFFMAN, ET. AL.
1221 BRICKELL AVENUE - 24TH FLOOR
MIAMI FL 33133

**7. Name and Address of New Registered Agent**
Name
Street Address (P.O. Box Number is Not Acceptable)
City ____ FL  Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.
SIGNATURE _____

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐  $5.00 May Be Added to Fees

**11. OFFICERS AND DIRECTORS**

| | | |
|---|---|---|
| TITLE | P | ☐ Delete |
| NAME | FISHER, TAMARA I | |
| STREET ADDRESS | P.O. BOX 311 | |
| CITY-ST-ZIP | PALM BEACH FL 33480 | |

**12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11**

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

# 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #**    P97000089248

**1. Entity Name**
ONE HARBORVIEW, INC.

**FILED**
May 21, 2002 8:00 a
Secretary of State
05-21-2002 91157 043 ***150.00

| Principal Place of Business | Mailing Address |
|---|---|
| C/O PEDRO A. MARTIN, ESQUIRE<br>1221 BRICKELL AVENUE 24TH FLOOR<br>MIAMI FL 33131 | C/O PEDRO A. MARTIN, ESQUIRE<br>1221 BRICKELL AVENUE 24TH FLOOR<br>MIAMI FL 33131 |

2. Principal Place of Business    3. Mailing Address

Suite, Apt. #, etc.    Suite, Apt. #, etc.

DO NOT WRITE IN THIS SPACE

City & State    City & State    **4. FEI Number** 52-2085772    Applied For / Not Applicable

Zip    Country    Zip    Country    **5. Certificate of Status Desired** ☐    $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**

MARTIN, PEDRO A ESQ
C/O GREENBERG, TRAURIG, HOFFMAN, ET. AL.
1221 BRICKELL AVENUE - 24TH FLOOR
MIAMI FL 33133

**7. Name and Address of New Registered Agent**

Name:
Street Address (P.O. Box Number is Not Acceptable)
City    FL    Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE_____
(Signature, typed or printed name of registered agent and title if applicable)    (NOTE: Registered Agent's signature required when reinstating)    DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so.  (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
After May 1, 2002 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐    $5.00 May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | P<br>FISHER, TAMARA I<br>P.O. BOX 311<br>PALM BEACH FL 33480 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Change ☐ Addition |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #**  P97000089248

1. Entity Name
ONE HARBORVIEW, INC.



**FILED**
Feb 10, 2003 8:00 am
Secretary of State
02-10-2003 90153 029 ***150.00

Principal Place of Business
C/O TAMARA J. FISHER
173 ROOT TRAIL
PALM BEACH FL 33480

Mailing Address
C/O TAMARA J. FISHER
173 ROOT TRAIL
PALM BEACH FL 33480

2. Principal Place of Business
3. Mailing Address

Suite, Apt. #, etc.
City & State
Zip   Country

☐ CHECK HERE IF MAKING CHANGES

4. FEI Number  52-2085772   ☐ Applied For  ☐ Not Applicable

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
FISHER, TAMARA J
173 ROOT TRAIL
PALM BEACH FL 33480

7. Name and Address of New Registered Agent
Name
Street Address (P.O. Box Number is Not Acceptable)
City     FL  Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with and accept the obligations of registered agent.

SIGNATURE
Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when filing)   DATE

**FILE NOW!!!  FEE IS $150.00**
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

9. Election Campaign Financing Trust Fund Contribution ☐   $5.00 May Be Added to Fees

10. OFFICERS AND DIRECTORS
11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS N-11

TITLE P
NAME FISHER, TAMARA I
STREET ADDRESS P.O. BOX 311
CITY-ST-ZIP PALM BEACH FL 33480
☐ Delete

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.