# L00000012292

## Florida Department of State
### Division of Corporations
#### Public Access System
Katherine Harris, Secretary of State

### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H00000052950 3)))

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
     Division of Corporations
     Fax Number     : (850)922-4003

From:
     Account Name    : EMPIRE CORPORATE KIT COMPANY
     Account Number : 072450003255
     Phone           : (305)541-3694
     Fax Number      : (305)541-3770
```

## LIMITED LIABILITY COMPANY

### PALM REALTY VENTURES, LLC

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 1 |
| Page Count | 04 |
| Estimated Charge | $160.00 |

RECEIVED
00 OCT -9 PM 2:55
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED
00 OCT -9 PM 3:28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

10/6/00 12:37 PM

1 of 2



# H00000052950

## ARTICLES OF ORGANIZATION

### FOR

### PALM REALTY VENTURES, LLC

#### ARTICLE I. - NAME

The name of this Limited Liability Company ("Company") shall be:

#### PALM REALTY VENTURES, LLC

#### ARTICLE II. - ADDRESS

The mailing address of the Company is: c/o Pedro A. Martin, Esq., Greenberg Traurig, P.A., 1221 Brickell Avenue, Suite 2100, Miami, Florida 33131.

#### ARTICLE III. - DURATION

The period of duration for the Company shall be perpetual unless dissolved according to law.

#### ARTICLE IV. - MANAGEMENT

The Company is to be managed by its Manager; the name and address of such Manager is:

Name:     Tamara J. Fisher

Address:     164 Seminole Avenue
Palm Beach, Florida 33480

#### ARTICLE V. - ADMISSION OF ADDITIONAL MEMBERS

The right of the members to admit additional members and the terms and conditions of the admissions shall be: new members may be admitted from time to time and upon such terms and conditions as shall be determined by a unanimous vote of the holders of all of the Membership Interests.

# H00000052950

P.02/04    305 541 3770    EMPIRE CORP    14:52    OCT-09-2000

# H00000052950

## ARTICLE VI. - MEMBERS RIGHTS TO CONTINUE BUSINESS

The right of the members of the Company to continue the business on the death, retirement, resignation, expulsion, bankruptcy, or dissolution of a member or the occurrence of any other event which terminates the continual membership of a member in the Company shall be determined by a unanimous vote of the remaining holders of all of the Membership Interests to continue to conduct the business of the Company under the Company's name.

THE PARTY HERETO HAS EXECUTED THESE ARTICLES OF ORGANIZATION AS OF THE 5ᵀᴴ DAY OF OCTOBER, 2000

_____
Signature of a member or an authorized representative of a member.

P. A. Martin
_____
Typed or printed name of signee

FILED
00 OCT -9 PH 3:28
SECRETARY OF STATE
TALLAHASSEE FLORIDA

# H00000052950

-2-

Miami/p92n01!.DOC

TOTAL P.04

# H00000052950

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 OR 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1.    The name of the limited liability company is:  PALM REALTY VENTURES, LLC

2.    The name and the Florida street address of the registered agent are:

<u>PEDRO A. MARTIN, ESQ.</u>
NAME

Greenberg, Traurig, P.A.
<u>1221 Brickell Avenue, Suite 2100</u>
Florida street address (P.O. BOX <u>NOT</u> ACCEPTABLE)

<u>Miami, Florida 33131</u>
CITY, STATE AND ZIP

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

SIGNATURE

# H00000052950

-3-

Miami/p52n011.DOC
OCT-09-2000  14:52    EMPIRE CORP    305 541 3770    P.04/04

# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #.** L00000012292

**1. Entity Name**

PALM REALTY VENTURES, LLC

| Principal Place of Business | Mailing Address |
|---|---|
| % PEDRO A. MARTIN. ESQ./GREENBERG TRAURIG<br>1221 BRICKELL AVENUE. SUITE 2100<br>MIAMI FL 33131 | % PEDRO A. MARTIN. ESQ./GREENBERG TRAURIG<br>1221 BRICKELL AVENUE. SUITE 2100<br>MIAMI FL 33131 |

FILED

01 APR 10 AM 8: 37

SECRETARY OF STATE
TALLAHASSEE. FLORIDA

0008592   AF

| 2. Principal Place of Business | 3. Mailing Address | |
|---|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | DO NOT WRITE IN THIS SPACE |
| City & State | City & State | **4.** FEI Number — ✓ Applied For / Not Applicable |
| Zip | Country | Zip | Country | **5.** Certificate of Status Desired ☐ **$5.00** Additional Fee Required |

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| MARTIN, PEDRO A ESQ.<br>GREENBERG, TRAURIG P.A.<br>1221 BRICKELL AVENUE, SUITE 2100<br>MIAMI FL 33131 | Name<br><br>Street Address (P.O. Box Number is Not Acceptable)<br><br>City                    FL    Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____

Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!! FEE IS $50.00**
**Make Check Payable to Department of State**

| 9. | MANAGING MEMBERS / MEMBERS | | 10. | | ADDITIONS / CHANGES | |
|---|---|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | MGR<br>FISHER, TAMARA J<br>164 SEMINOLE AVENUE<br>PALM BEACH FL 33480 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | 100004036941---4<br>-04/20/01--01130--010<br>*****50.00 | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | *****50.00 | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | | ☐ Change  ☐ Addition |

CR2E083 (11/00)

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

**SIGNATURE:** _____    4/3/01    (561) 8/8-2252

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE    Date    Daytime Phone #

## 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #  L00000012292**

1. Entity Name

**PALM REALTY VENTURES, LLC**

| Principal Place of Business | Mailing Address |
|---|---|
| % PEDRO A. MARTIN. ESQ./GREENBERG TRAURIG<br>1221 BRICKELL AVENUE. SUITE 2100<br>MIAMI FL 33131 | % PEDRO A. MARTIN. ESQ./GREENBERG TRAURIG<br>1221 BRICKELL AVENUE. SUITE 2100<br>MIAMI FL 33131 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip / Country | Zip / Country |

**FILED**
**May 20, 2002 8:00 am**
**Secretary of State**
05-20-2002 90257 012 ****50.00

B0102527

DO NOT WRITE IN THIS SPACE

| 4. FEI Number | **APPLIED FOR** | Applied For |
|---|---|---|
| | | Not Applicable |

5. Certificate of Status Desired ☐  **$5.00** Additional Fee Required

**6. Name and Address of Current Registered Agent**

MARTIN, PEDRO A ESQ.
GREENBERG, TRAURIG P.A.
1221 BRICKELL AVENUE, SUITE 2100
MIAMI FL 33131

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City                                             **FL**   Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

**FILE NOW!!! FEE IS $50.00**
**Make Check Payable to Department of State**
**Due By May 1, 2002**

| 9. MANAGING MEMBERS / MANAGERS | | 10. ADDITIONS / CHANGES | |
|---|---|---|---|
| TITLE **MGR**<br>NAME **FISHER, TAMARA J**<br>STREET ADDRESS **164 SEMINOLE AVENUE**<br>CITY-ST-ZIP **PALM BEACH FL 33480** | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |

CR2E083 (9/01)

11. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:    _SIGNATURE REQUIRED_ Tamara J Fisher    4/29/02    818-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE    Date    Daytime Phone #

# 2003 LIMITED LIABILITY COMPANY
# UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Feb 10, 2003 8:00 am**
**Secretary of State**
02-10-2003 90105 029 ****50.00

**DOCUMENT # L00000012292**

**1.** Entity Name

**PALM REALTY VENTURES, LLC**

| Principal Place of Business | Mailing Address |
|---|---|
| PEDRO A. MARTIN. ESQ./GREENBERG TRAURIG<br>1221 BRICKELL AVENUE. SUITE 2100<br>MIAMI FL 33131 | PEDRO A. MARTIN. ESQ./GREENBERG TRAURIG<br>1221 BRICKELL AVENUE. SUITE 2100<br>MIAMI FL 33131 |
| **2.** Principal Place of Business | **3.** Mailing Address |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip / Country | Zip / Country |

☒ CHECK HERE IF MAKING CHANGES

**4.** FEI Number **APPLIED FOR**
65-1077279

☐ Applied For
☐ Not Applicable

**5.** Certificate of Status Desired ☐  **$5.00** Additional Fee Required

| **6.** Name and Address of Current Registered Agent | **7.** Name and Address of New Registered Agent |
|---|---|
| MARTIN, PEDRO A ESQ.<br>GREENBERG, TRAURIG P.A.<br>1221 BRICKELL AVENUE, SUITE 2100<br>MIAMI FL 33131 | Name<br><br>Street Address (P.O. Box Number is Not Acceptable)<br><br>City   **FL**   Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.      (NOTE: Registered Agent signature required when reinstating)      DATE

**FILE NOW!!! FEE IS $50.00**
**Make Check Payable to Florida Department of State**
**Due By May 1, 2003**

| **9.** MANAGING MEMBERS / MANAGERS | | **10.** ADDITIONS / CHANGES | |
|---|---|---|---|
| TITLE **MGR**<br>NAME **FISHER, TAMARA J**<br>STREET ADDRESS **164 SEMINOLE AVENUE**<br>CITY-ST-ZIP **PALM BEACH FL 33480** | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

CR2E083 (10/02)

**11.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

**SIGNATURE:** _SIGNATURE REQUIRED TAMARA J FISHER_      2/6/03      (54) 818-2252
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING MANAGING MEMBER, MANAGER, OR AUTHORIZED REPRESENTATIVE      Date      Daytime Phone #