JUN-22-2000 16:18     EMPIRE CORP                          541 3770  P.02/05



### Florida Department of State
Division of Corporations
Public Access System
Katherine Harris, Secretary of State

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H00000033293 2)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number     : (850)922-4003

From:
    Account Name   : EMPIRE CORPORATE KIT COMPANY
    Account Number : 072450003255
    Phone          : (305)541-3694
    Fax Number     : (305)541-3770

*Refaxing 6/22*

## LIMITED LIABILITY COMPANY

### PLAZA OF SARASOTA, LLC

FILED 00 JUN 22 PM 12:52 SECRETARY OF STATE TALLAHASSEE, FLORIDA

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 1 |
| Page Count | 04 |
| Estimated Charge | $155.00 |

1 of 2                                                      6/21/00 5:12 PM

JUN-22-2000 16:18  EMPIRE CORP  305 541 3770  P.01/05



**FLORIDA DEPARTMENT OF STATE**
Katherine Harris
Secretary of State

June 22, 2000

EMPIRE CORPORATE KIT COMPANY

SUBJECT: PLAZA OF SARASOTA, LLC
REF: W00000016014

We received your electronically transmitted document. However, the document has not been filed. Please make the following corrections and refax the complete document, including the electronic filing cover sheet.

Please list the complete principal's office address. This address must be a street address; a post office box is not acceptable.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 487-6043.

Shawn Logan                    FAX Aud. #: H00000033293
Document Specialist            Letter Number: 400A00035574

Division of Corporations - P.O. BOX 6327 - Tallahassee, Florida 32314

JUN-22-2000  16:18        EMPIRE CORP                    305 541 3770    P.03/05

H00000033293

# ARTICLES OF ORGANIZATION

## FOR

## PLAZA OF SARASOTA, LLC

### ARTICLE I. - NAME

The name of this Limited Liability Company ("Company") shall be:

PLAZA OF SARASOTA, LLC

### ARTICLE II. - ADDRESS

The mailing address and street address of the principal office of the Company is 164 Seminole Avenue, Palm Beach, Florida 33480.

### ARTICLE III. - DURATION

The period of duration for the Company shall be perpetual unless dissolved according to law.

### ARTICLE IV. - MANAGEMENT

The Company is to be managed by its Manager; the name and address of such Manager is:

Name:     Howard D. Zukerman

Address:  164 Seminole Avenue
          Palm Beach, Florida 33480

### ARTICLE V. - ADMISSION OF ADDITIONAL MEMBERS

The right of the members to admit additional members and the terms and conditions of the admissions shall be: new members may be admitted from time to time and upon such terms and conditions as shall be determined by a unanimous vote of the holders of all of the Membership Interests.

H00000033293

FILED
00 JUN 22 PM 12:
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

JUN-22-2000 16:18        EMPIRE CORP                    305 541 3770   P.04/05

H000 00033293

### ARTICLE VI. - MEMBERS RIGHTS TO CONTINUE BUSINESS

The right of the members of the Company to continue the business on the death, retirement, resignation, expulsion, bankruptcy, or dissolution of a member or the occurrence of any other event which terminates the continual membership of a member in the Company shall be determined by a unanimous vote of the remaining holders of all of the Membership Interests to continue to conduct the business of the Company under the Company's name.

THE PARTY HERETO HAS EXECUTED THESE ARTICLES OF ORGANIZATION AS OF THE 21 DAY OF JUNE, 2000

_____P. A. Martin_____
Signature of a member or an authorized representative of a member.

_____P. A. Martin_____
Typed or printed name of signee

H000 00033293

FILED
00 JUN 22 PM 12: 52
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

-2-

Miami/_7r011.DOC

JUN-22-2000 16:18     EMPIRE CORP                    305 541 3770   P.05/05

# H00000033293

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 OR 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the limited liability company is: PLAZA OF SARASOTA, LLC

2. The name and the Florida street address of the registered agent are:

PEDRO A. MARTIN, ESQ.
NAME

Greenberg, Traurig, P.A.
1221 Brickell Avenue, Suite 2100
Florida street address (P.O. BOX NOT ACCEPTABLE)

FILED
00 JUN 22 PM 12: 52
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Miami, Florida 33131
CITY, STATE AND ZIP

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____
SIGNATURE

# H00000033293

-3-

Miami/_7:01!.DOC

TOTAL P.05