1

1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MARYLAND

3    WYNDHOLME VILLAGE, LLC,    *

4    et al.,              *

5       Plaintiffs and     *

6       Counter-Defendants, *

7     vs.                *

8    NADIF OF WYNDHOLME, LLC,    *

9    et al.,           * CIVIL ACTION NO.:

10       Defendants and    * L01-3809

11       Counter-Plaintiffs *

12           - - - - - - - - -

13

14       Deposition of STEPHEN McBRIDE, taken on

15   Friday, February 28, 2003, beginning at

16   11:00 a.m., at Schulman & Kaufman, 100 North

17   Charles Street, Baltimore, Maryland, before Linda

18   Ann Crockett, a Notary Public.

19

20   Reported by:

21   Linda A. Crockett

24

1   Partners?

2      A. Again, I answered previously I thought

3   it was by Gotham-Q, but I'd have to confirm that.

4      Q. Apart from the litigation issues, what

5   other activities have you had as an agent for

6   NADIF of Wyndholme?

7      A. More recently the bankruptcy. We've had

8   the foreclosure of the super priority loan.

9      Q. What was your role in that?

10      A. I was working with our counsel to

11   prepare the notice and to proceed with the actual

12   disposal of the super priority loan.

13      Q. How did that come to be, the

14   foreclosure; who made those decisions, in terms

15   of people you dealt with?

16      A. It was with our counsel, and again with,

17   in concert with our counsel, Bill Ackman, David

18   Klafter, Jack Quinn, Rusty Zuckerman, Steve

19   Garchik, and Neil Fisher.

20      Q. And were those discussions face-to-face

21   discussions?

25

1    A. After talking to counsel, there was a

2  face-to-face discussion with myself and Bill

3  Ackman, David Klafter, and Steve Garchik.

4    Q. Where did that take place?

5    A. In New York.

6    Q. Where in New York?

7    A. At the Gotham offices.

8    Q. Do you know where they are located?

9      MR. SAMMONS: The record should show that

10  the witness is referring to a computerized device

11  of some sort.

12    A. It's 110 East 42nd Street, 18th floor,

13  New York, New York 10017.

14    Q. Apart from the first foreclosure and

15  then this foreclosure, have you had any other

16  involvement?

17    A. There were discussions each time the

18  next foreclosure came up where we discussed

19  participating in those. Prior to our super

20  priority loan, there was a question if we wanted

21  to go back to the second foreclosure or the third

26

1   foreclosure, and in each case we said no.

2       Q.  And who was involved in those

3   discussions?

4       A.  It would be the same group as I repeated

5   previously.

6       Q.  Who's funding any legal expenses

7   associated with the foreclosure on the super

8   priority loan?

9       A.  The funding is by Gotham Partners.

10      Q.  When did you first meet Neil Fisher?

11      A.  I think it was 2000.  I think it was the

12  beginning of the year 2000.  I don't remember the

13  date.

14      Q.  And where did you meet him and under

15  what circumstances?

16      A.  I met him in Washington, D.C.  It was at

17  a hotel dinner.  Well, actually, a sit-down,

18  because he and Jack Quinn and Rusty Zuckerman,

19  yes, all three were there with myself and Steve

20  Garchik, because they were interested in other

21  real estate ventures.

27

1    Q. And what were those other ventures?

2    A. They were interested in a convention

3  center hotel in Washington, D.C. They were

4  interested in a project up in New York. They

5  were interested in several projects in Florida --

6  it was Brickell Avenue. And then there were

7  three others. I just can't remember the names of

8  them.

9    Q. Have any of those projects gone forward?

10   A. The Brickell Avenue one did.

11   Q. And where is that specifically?

12   A. That's Miami.

13   Q. And who's involved in that project?

14   A. Gotham Partners, Jack Quinn, Rusty

15  Zuckerman, Neil Fisher, and Tamara Fisher, not

16  Neil Fisher.

17   Q. And how did you pronounce her first

18  name?

19   A. Whose first name?

20   Q. Tamara?

21   A. Tamara Fisher.

28

1    Q. Who is Tamara Fisher?

2    A. The wife of Neil Fisher.

3    Q. What is her involvement?

4    A. She was the one who signed on the LLC.

5    Q. What is the name of that LLC?

6    A. It's 1060 Brickell, LLC.

7    Q. Is that a Florida LLC?

8    A. Yes.

9    Q. Apart from signing on the LLC, has she

10  had any other role?

11    A. Not that I know of.

12    Q. And has Mr. Fisher had any role in that

13  project?

14    A. Yes, he did.

15    Q. What was that -- what was his

16  involvement?

17    A. He worked on getting approvals for a

18  raw piece of land to an entitled piece of land

19  locally.

20    Q. Who owns that LLC?

21    A. That LLC is owned by -- 50 percent by

29

1   Gotham. I think it's 20 percent by Jack Quinn,

2   20 percent by Tamara Fisher, and I think Rusty

3   Zuckerman has 5 percent and Paul Slaten has 5

4   percent. Again, I'd have to check those

5   documents.

6       Q. Where would you go to check those

7   records?

8       A. Under the 1060 Brickell, LLC.

9       Q. Are those papers in Potomac, Maryland?

10      A. Yes, a copy of those.

11      Q. Do you know why Tamara Fisher signed on

12  the LLC?

13      A. I don't understand the question.

14      Q. What's her role in the LLC; why was she

15  signing?

16      A. I don't know that answer.

17      Q. Do you know who would know?

18      A. No.

19      Q. But that was her only role in the

20  project?

21      A. Again, that's what I know. I can't

1    answer that.

2    Q. What has been your role in that project?

3    A. We, again, acted as an agent for Gotham

4    to represent their real estate, their interest in

5    the project.

6    Q. And what specifically would have been

7    your activities?

8    A. I worked with the partners in

9    coordinating the project, coordinating, one, the

10   funding of the project for the entitlement, and

11   two, the design and development of the project.

12   Q. And what was the source of the funding

13   for the project?

14   A. From Gotham Partners.

15   Q. What's the stage -- in what stage is the

16   project today?

17   A. The project is entitled and Gotham is

18   considering either selling it or going -- the

19   partners are considering either selling it or

20   going into a joint venture to build it.

21   Q. And what are they considering building?

1   A. The entitlement is for two residential

2   towers with a parking garage.

3   Q. Now, apart from this particular venture,

4   have you worked with Mr. Fisher on any other

5   projects?

6   A. He has proposed projects to Gotham. But

7   I have never worked with him on any other

8   projects outside of these two.

9   Q. What were those other projects?

10  A. The ones I mentioned previously that he

11  proposed to Gotham, and then he proposed, after

12  that project, another project on Brickell Avenue.

13  Q. How do you spell that, just so the

14  record is clear?

15  A. B-R-I-C-K-E-L-L.

16  Q. Did he ever propose anything related to

17  the construction of a Ritz-Carlton here in

18  Baltimore?

19  A. He proposed Gotham investing in it.

20  Q. And what did you propose specifically

21  with regard to the Ritz-Carlton?

1    A. He proposed that Gotham become a partner

2  in the project. It didn't go far, just one

3  meeting.

4    Q. Do you know why it didn't go far?

5    A. The risk and rewards appeared, at that

6  meeting, not to be what Gotham wanted.

7    Q. Who was present at that meeting?

8    A. Bill Ackman, Neil Fisher, myself, Steve

9  Garchik, and Jack Quinn.

10   Q. In terms of the Brickell Avenue project,

11  were you present at any meetings in which

12  Mr. Fisher attended with Mr. Ackman present or

13  Mr. Quinn?

14   A. Say that again.

15   Q. Were you present at any meetings in

16  which Mr. Ackman attended regarding Brickell

17  Avenue?

18   A. Yes, I was.

19   Q. Where were those meetings?

20   A. The meetings that I was at that

21  Mr. Ackman attended with Mr. Fisher were in New

84

1    A. Yes, that's correct.

2    Q. Do you know what a cross

3  collateralization agreement is?

4    A. Yes.

5    Q. What is it?

6    A. It can be, when you have various

7  properties or various interests, often a loan is

8  done like that.

9    Q. Are you aware of any cross

10  collateralization agreements involving

11  Mr. Fisher?

12    A. There's a cross collateralization

13  agreement between Brickell.

14    Q. What does that provide?

15    A. That provides that if there's losses in

16  one project, the gains of another project are

17  covered by those losses.

18    Q. And do you know when that was executed?

19    A. I think that was in 2000, near the end

20  of 2000.

21    Q. And is there a copy of that in Potomac?

85

1    A. Yes.

2    Q. Is NADIF of Wyndholme, LLC a party to

3    that particular agreement?

4    A. I don't know. I'd have to read who

5    signed it. I can't remember.

6    Q. Are you able to tell me any of the

7    persons or entities that are parties to that

8    agreement?

9    A. I believe Gotham, in some form, and then

10   Jack Quinn, Rusty Zuckerman, Neil Fisher, and

11   Paul Slaten.

12   Q. Is Fisher's wife a party to that?

13   A. I don't know if it's Fisher or his wife

14   who signed it. I can't remember.

15   Q. Where does Mike Weiss have his office?

16   A. In New York at the address I gave

17   previously, the Gotham office.

18   Q. Does he ever come down to Potomac to

19   review books there?

20   A. No.

21   Q. Are reports ever sent to Mr. Weiss?