1

1      IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
2

3   WYNDHOLME VILLAGE, LLC.,    :

4   Et al.,                     :

5      Plaintiffs       : CIVIL ACTION NUMBER

6   vs.                  : L01-3809

7   NADIF OF WYNDHOLME, LLC.,   :

8   Et al.,                     :

9      Defendants        :

10

11          * * * * * * * * * * * * * *

12      Deposition of HOWARD A. RUBENSTEIN, ESQUIRE,

13   taken on Wednesday, March 26, 2003, at 11:14

14   a.m., at the law offices of Adelberg, Rudow, Dorf

15   & Hendler, LLC, 600 Mercantile Bank and Trust

16   Building, 2 Hopkins Plaza, Baltimore, Maryland

17   21201, before Emily Rose Hoffman, Notary Public.

18          * * * * * * * * * * * * * *

19

20   Reported by:

21   Emily Rose Hoffman, Notary Public

15

1   background?

2       A. Yes.

3       Q. Tell me what you recall him saying about

4   his business background.

5       A. That he had a corporation, a parent

6   corporation called NADIF, and every time that

7   they would have another venture, it would be

8   "NADIF of" and then the name of the venture, and

9   that they had vast resources for obtaining funds.

10      Q. Okay. Do you recall whether he

11  identified the resources that he had available?

12      A. In a general manner, the ownership of

13  Ritz Carlton hotels throughout the country.

14      Q. So make sure I understand your answer.

15  He said that he had sources for funds that would

16  be sources that would be found in the ownership

17  of Ritz Carltons around the country?

18      A. Correct.

19      Q. Did he identify those sources with any

20  more particularity?

21      A. Just various names of the NADIF

111

1    ask it. Did Mr. Fisher --

2        MR. SCHULMAN: Your voice is dropping.

3    The question is so long and compound that by the

4    time you get to the end of it, you are exhausted

5    and your voice drops.

6        MR. SAMMONS: I fell asleep.

7    Q. Did Mr. Fisher identify himself as being

8    affiliated with North American doctors fund?

9    A. Yes.

10   Q. And did he represent in the course of

11   the early negotiations that North America's

12   doctors fund would actually provide the funding

13   of this project?

14       MR. SCHULMAN: Objection. I don't think

15   you have the name right.

16       MR. SAMMONS: Correct me. North

17   American -- off the record.

18       (Discussion off the record.)

19       BY MR. SAMMONS:

20   Q. I'm referring to North American Doctors

21   Investment Fund. Do you recall whether he

112

1   represented that North America Doctors Investment

2   Fund would actually provide the funding on this

3   project? Did he make that representation?

4       A. That or one of its entities.

5       Q. All right. I asked you a question or

6   two about signing of consent orders in connection

7   with the forbearance by NADIF and other secured

8   lenders. Do you recall that there were such

9   consent orders?

10      A. To motions to lift stay, yes.

11      Q. Were those consent orders freely

12  negotiated between the parties to the orders as

13  far as you know?

14      A. Yes.

15         MR. SAMMONS: All right. I have nothing

16  further. Thank you, Mr. Rubenstein.

17         EXAMINATION BY MR. SCHULMAN:

18      Q. I have just a few. You stated, I

19  believe, that Mr. Goldberg's client obtained the

20  deposits from the people that had given Wyndholme

21  the deposit monies. Did I hear you correctly?

1   A. No, I don't.

2   Q. Do you know who Mr. Goldberg was

3   representing at the present time?

4   A. WVI.

5   Q. Do you recall whether Mr. Fisher

6   identified the North American Doctors Investment

7   Fund as a real estate development and equity

8   fund?

9   A. Yes.

10  Q. Did he tell you anything about its

11  assets?

12  A. Yes.

13  Q. What did he tell you?

14  A. That it was the corporation that had

15  either subsidiaries or affiliates that built the

16  Ritz Carlton chain hotels.

17  Q. And apart from that, did he tell you

18  anything else about its financial wherewithal,

19  capabilities?

20  A. No.

21  Q. Do you recall whether Mr. Fisher gave

115

1   you a business card?

2        A. Yes, he did.

3        Q. Do you recall whether that was a

4   business card with North American Doctors

5   Investment Fund on it?

6        A. I believe it to be.

7        Q. Do you recall whether Mr. Zuckerman

8   likewise give you a business card?

9        A. Yes.

10       Q. Was that also from the North American

11  Doctors Investment Fund?

12       A. I believe it to be.

13       Q. Did there come a time when you read in

14  the Baltimore Sun an investigative article

15  concerning Messrs. Quinn and Fisher?

16       A. Yes.

17       Q. And do you recall when that article

18  appeared?

19       A. No.

20       Q. Do you recall in general terms the

21  substance of that article or articles?