IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WYNDHOLME VILLAGE, LLC, *et al.*, | * |
| Plaintiffs | * |
| v. | *   CIVIL ACTION NO.:  01-3809 |
| NADIF OF WYNDHOLME, LLC, *et al.*, | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

The exhibits enumerated hereto which are attachments to the Motion for Attachment Before Judgment or, In the Alternative, for Temporary Restraining Order and Preliminary Injunction Freezing Defendants' Assets exists only in paper format and if scanned will be larger than 1.5 MB.  The exhibits will be filed with the Clerk's Office in paper format.  The exhibits being filed herewith are:

    Docket Sheet and Excerpts from Zukerman Criminal Case No. 99:99cr00836-all

    Docket Sheet and Excerpts from Zukerman Criminal Case No. 02-CR-441-5

    Federal Tax Lien of Howard Zukerman, 11/30/2001

    Bankruptcy Case of John R. Quinn Case No. 00-13441

    Bankruptcy Case of John R. Quinn Case No. 94-21941

Bankruptcy Case of Stuart C. Fisher Case No. 01-00539GVL1

Excerpts from Bankruptcy Case of Stuart C. Fisher Case No. 95-16927-352

Stephen Garchik Deposition Exhibit No. 4

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above as set forth in the attached Certificate of Service.

Date: _____

        Howard J. Schulman
        Schulman & Kaufman, LLC
        One Charles Center, Suite 600
        100 N. Charles Street
        Baltimore, Maryland 21201
        (410) 576-0400
        Attorneys for Plaintiffs/
        Counter-Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibit was hand-delivered to William C. Sammons, Esquire, Tydings & Rosenberg, LLP, 100 E. Pratt Street, 26th Floor, Baltimore, Maryland 21202, attorneys for Defendants/Counter-Plaintiffs, and mailed first-class, postage prepaid, to Stuart Cornelius "Neil" Fisher, 173 Root Trail, Palm Beach, Florida 33480.

        _____
        Howard J. Schulman