April 25, 2003

*Via ECF and Hand-Delivery*

The Honorable Benson E. Legg
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                RE:    Wyndholme Village, LLC, et al.
                         v. NADIF of Wyndholme, LLC, et al.
                         Civil Action No.: 01-3809

Dear Judge Legg:

      In follow up to my status report of April 22, 2003 and Plaintiffs' Motion for Attachment Before Judgment or, In the Alternative, For Temporary Restraining Order and Preliminary Injunction Freezing Defendants' Assets, I received additional documents, which I have enclosed. The docket entries which we recently received from the Western District of Virginia (Bankruptcy Case #92-00414) reflect that Mr. Fisher was sanctioned on June 22, 1992 (entry #37) for failing to provide discovery. Mr. Fisher was also sanctioned in an Order entered May 19, 1992 in the United States Bankruptcy Court for the Middle District of Florida (Tampa Division) in the case captioned "*In re: John R. Quinn, Trustee, Stuart C. Fisher, Trustee, Fisher Family Trust of 1989*" (Case #92-2322). Enclosed are the docket entries from the Western District of Virginia and the May 19, 1992 Order.

      Thank you.

                                      Very truly yours,


                                      Howard J. Schulman

HJS/hrk
Enclosures  (2 copies of document exceeding 1.5 MB in PDF format )
cc:  William C. Sammons, Esquire
     Mr. Stuart C. Fisher
     Mr. James M. Lancelotta