MAR 3 1994

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAY 19 1992

In re:

JOHN R. QUINN, TRUSTEE
STUART C. FISHER, TRUSTEE
FISHER FAMILY TRUST OF 1989

Case No. 92-2322-8P1

    Debtor
_____

## ORDER GRANTING
## MOTION FOR SANCTIONS

THIS CAUSE came on for hearing on May 13, 1992, at 11:30 a.m. upon a Motion for Sanctions filed by NationsBank of North Carolina, N.A. ("NationsBank"). The Court heard the arguments of counsel, considered the record and being otherwise duly advised of the premises finds that on April 7, 1992, this Court entered its Order Granting Motion to Dismiss Case and Scheduling Hearing to Consider Sanctions for Bad Faith Filing. Based upon the record in this case, the Court further finds that the filing of the Petition in this case by an ineligible entity was not well grounded in fact or warranted by existing law and that the case was filed to delay the foreclosure action and sale which was pending on the date of the Petition.

Accordingly it is

ORDERED, ADJUDGED AND DECREED that the Motion for Sanctions filed by NationsBank be, and the same hereby is, granted. It is further

ORDERED, ADJUDGED AND DECREED that sanctions are awarded

EXHIBIT

against Stuart C. Fisher, individually, and in favor of NationsBank in the sum of $500.

DONE AND ORDERED in Chambers at Tampa, Florida on _May 19, 1992_.

_/s/ Alexander Paskay_
ALEXANDER L. PASKAY
Chief Bankruptcy Judge

Copies to:

Richard C. Prosser, Esquire
A. Lee Hogewood, Esquire
Ben Lambers, Esquire
Stuart C. Fisher
Debtor

I CERTIFY THAT THIS ORDER WAS SERVED BY U.S. MAIL TO PARTIES AS LISTED.

5-19-92

By Deputy Clerk _AGB_

I certify the foregoing to be true and correct copy of the original
CARL R. STEWART, CLERK
U. S. BANKRUPTCY COURT
By _[signature]_
Deputy Clerk

MAR - 1 1994