IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, *et al.*,   *

   Plaintiffs   *

v.   *   CIVIL ACTION NO.:  01-3809

NADIF OF WYNDHOLME, LLC, *et al.*,   *

   Defendants   *

*   *   *   *   *   *   *   *   *   *   *   *

NOTICE OF FILING OF LENGTHY EXHIBIT

One of the exhibits which is attached to undersigned counsel's letter to The Honorable Benson E. Legg dated April 25, 2003 exists only in paper format and, if scanned, will be larger than 1.5 MB.  The exhibit will be filed with the Clerk's Office in paper format.  The exhibit being filed herewith is:

Docket entries of the Western District of Virginia in Case No. 92-00414;

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above as set forth in the attached Certificate of Service.

Date:  April 25, 2003

Howard J. Schulman

                                  Schulman & Kaufman, LLC
                                  One Charles Center, Suite 600
                                  100 N. Charles Street
                                  Baltimore, Maryland 21201
                                  (410) 576-0400
                                  Attorneys for Plaintiffs/
                                  Counter-Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25th day of April, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibit was hand-delivered to William C. Sammons, Esquire, Tydings & Rosenberg, LLP, 100 E. Pratt Street, 26th Floor, Baltimore, Maryland 21202, attorneys for Defendants/Counter-Plaintiffs, and mailed first-class, postage prepaid, to Stuart Cornelius "Neil" Fisher, 173 Root Trail, Palm Beach, Florida 33480.

                                    _____
                                    Howard J. Schulman