IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**WYNDHOLME VILLAGE, LLC,** *et al.*    *

    **Plaintiffs and Counterdefendants**    *

    v.    *   CIVIL ACTION NO. L01-3809

**NADIF OF WYNDHOLME, LLC,** *et al.*    *

    **Defendants and Counterplaintiffs**    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits A-N, which are attachments to Defendants' Memorandum in Opposition to Motion to Amend Complaint, exist only in paper format and if scanned will be larger than 1.5MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above and as set forth in the attached Certificate of Service.

                                          /s/
                           William C. Sammons, Bar No. 02366
                           Stephen M. Goldberg, Bar No. 01156
                             Tydings & Rosenberg LLP
                             100 East Pratt Street
                             26th Floor
                             Baltimore, Maryland 21202
                             (410) 752-9700

                         Attorneys for Defendants and Counterplaintiffs

#340296

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of May, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibits was sent by first class mail, postage prepaid to:

> Howard J. Schulman, Esquire
> Schulman & Kaufman, LLC
> One Charles Center
> 100 North Charles Street
> Suite 600
> Baltimore, Maryland 21201
> *Attorneys for Plaintiffs and Counterdefendants*
>
> Howard "Rusty" Zukerman
> 62 Terrehans Lane
> Syosset, New York 11791
> *Defendant*
>
> Stuart C. "Neil" Fisher
> 173 Root Trail
> Palm Beach, FL 33480
> *Defendant*

                                                 /s/
                                     William C. Sammons

#340296