IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WYNDHOLME VILLAGE, LLC, et al. | : | |
| | : | |
| v. | : | CIVIL NO. L-01-3809 |
| | : | |
| NADIF OF WYNDHOLME, LLC, et al. | : | |

**ORDER**

Pending is Plaintiffs' Motion for Attachment Before Judgment or, in the alternative, a Temporary Restraining Order and Preliminary Injunction Freezing Defendants' Assets (Docket No. 54). For the reasons stated below, Plaintiffs' Motion is DENIED, without prejudice to refiling if the facts change to merit relief.

**ANALYSIS**

In essence, Plaintiffs contend that they are entitled to relief because Defendants have a history of bankruptcy filings and criminal convictions that shows their propensity to hide assets from creditors. Absent from the papers, however, is a showing of imminent harm. Specifically, Plaintiffs do not contend that Defendants are attempting to secrete assets at issue in this litigation. Moreover, the papers do not allege that Defendants have received, or are in imminent receipt of, substantial funds that might qualify for prejudgment attachment in Maryland.

Accordingly, the Court DENIES Plaintiffs' Motion, without prejudice to refiling if Plaintiffs learn that the facts have changed to warrant a prejudgment attachment or injunctive relief.

It is so ORDERED this 2nd day of May, 2003.

_____/s/_____
Benson Everett Legg
Chief Judge