IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**WYNDHOLME VILLAGE, LLC,** *et al.*   *

    **Plaintiffs and Counterdefendants**   *

    v.   *   CIVIL ACTION NO. L01-3809

**NADIF OF WYNDHOLME, LLC,** *et al.*   *

    **Defendants and Counterplaintiffs**   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Motion to Dismiss submitted by defendant Howard "Rusty" Zukerman, the opposition of plaintiffs, James Lancelotta, Katherine Lancelotta, and Wyndholme Village, LLC, thereto, and any reply, this Court hereby orders that the motion be, and hereby is, GRANTED.

_____
Judge
United States District Court
for the District of Maryland

#342854