IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. 01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER QUASHING SUBPOENA TO BANK OF AMERICA

Upon consideration of the Motion to Quash Subpoena To Bank Of America, and for good cause shown, it is this _____ day of _____, 2003

**ORDERED**, that the Motion to Quash Subpoena To Bank Of America be and hereby is **GRANTED**; and it is further

**ORDERED**, that the Subpoena issued by the plaintiffs to the Bank of America is hereby **QUASHED**.

_____
Judge
United States District Court
for the District of Maryland

cc:   William C. Sammons, Esq.
Stephen M. Goldberg, Esq.
Tydings & Rosenberg LLP
100 E. Pratt Street, 26th Floor
Baltimore, MD 21202

Howard J. Schulman, Esq.
Schulman & Kaufman, LLC
One Charles Center, Suite 600
Baltimore, MD 21201

#346857