IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, et al.,   *

   Plaintiffs and Counter-Defendants *

v.                                *     Civil Action No. L01-3809

NADIF OF WYNDHOLME, LLC, et al., *

   Defendants and Counter-Plaintiffs *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

MOTION TO COMPEL NON-PARTY BANK OF AMERICA
TO PRODUCE DOCUMENTS PURSUANT TO SUBPOENA

    Plaintiffs, Wyndholme Village, LLC, James Lancelotta and Katherine Lancelotta, by their attorneys, Howard J. Schulman and Schulman & Kaufman, LLC, move to compel non-party Bank of America to produce documents pursuant to subpoena and state as follows:

    1.    The Bank of America has objected, pursuant to Rule 45(c)(2)(B), to the production of various banking records of North American Doctors Investment fund, Inc. and other NADIF entities on the ground that Florida statute requires an order of court. A copy of the Bank's objection of July 2, 2003 is attached hereto.

    2.    For the reasons stated in the Memorandum in Opposition to Defendants' Motion (Paper No. 65) to Quash Subpoena to Bank of America, this information is extremely relevant to this case, particularly given the fact that the Defendants themselves to date have not or have refused to speak to the issues of whether North American

Doctors Investment Fund, Inc. had any equity and development funds at the time of the fraud alleged, if ever.

WHEREFORE, Plaintiffs request that the Court compel the Bank of America to produce the documents sought by the Subpoena.

_____
Howard J. Schulman
SCHULMAN & KAUFMAN, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiffs and
Counter-Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of July, 2003, copies of the foregoing Motion to Compel Non-Party Bank of America to Produce Documents Pursuant to Subpoena were mailed first-class, postage prepaid, to Stuart C. Fisher, 173 Root Trail, Palm Beach, Florida 33480, and to Jacqueline Jones, Legal Support Unit #MD4-325-03-63 Supervisor and Resident Agent for Bank of America, N.A., 100 S. Charles Street, 3rd Floor, Baltimore, Maryland 21201.

_____
Howard J. Schulman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, et al.,  *

   Plaintiffs and Counter-Defendants *

v.     *     Civil Action No. L01-3809

NADIF OF WYNDHOLME, LLC, et al., *

   Defendants and Counter-Plaintiffs *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The foregoing Motion to Compel Non-Party Bank of America to Produce Records Pursuant to Subpoena having been read and considered, it is, this _____ day of July, 2003, by the United States District Court for the District of Maryland,

   ORDERED the Motion be and hereby is GRANTED.

                                    _____
                                    JUDGE