IN THE UNITED STATES DISTRICT COURT, IN AND FOR
THE DISTRICT OF MARYLAND

Wyndholme Villages, LLC, et al

Plaintiff,

vs.

Case No.:L01-3809
Division:

Stuart Cornelius Fisher;

Et. al.
Defendant(s)

## SUGGESTION OF BANKRUPTCY AND LIMITED NOTICE OF APPEARANCE

COMES NOW the defendant(s),Stuart Cornelius Fisher, , in the above-entitled civil action and moves this Honorable Court to stay these proceedings as the defendant(s) has/have filed a petition for relief pursuant to the provisions of Title 11, United States Code, Chapter 7 , in the United States Bankruptcy Court for the Northern District of Florida, Gainesville Division, under Case No. 01-00539-GVL1 on August 20, 2001. The Law Offices of Michael D. Bruckman, P.A. appears herein for the limited purpose of advising the court of the above-mentioned bankruptcy proceeding, and for no other purpose.

Respectfully submitted,

_____
Michael D. Bruckman, Esq.
Florida Bar No. 0074410
1624 NW 6th St.
Gainesville, FL 32609
(352) 372-5222
Fax: (352) 372-8988

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the addressees listed below by mailing a copy of the foregoing by United States mail, postage pre-paid, on this the 30 day of July, 20 03.

| | |
|---|---|
| Wyndholme Village, LLC<br>% Schulman & Kaufman, LLC<br>One Charles Center<br>100 N. Charles Street, Ste 600<br>Baltimore, Maryland, 21201 | Ch 7 Trustee, Theresa M. Bender<br>PO Box 14557<br>Tallahassee, FL 32317 |
| Stuart Fisher<br>164 Seminole Avenue<br>Palm Beach, FL 33480 | |

Michael D. Bruckman