IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, *et al*.,   *

    Plaintiffs   *

v.   *   CIVIL ACTION NO.: 01-3809

NADIF OF WYNDHOLME, LLC, *et al*.,   *

    Defendants   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The foregoing Motion for Order Compelling Stuart Cornelius Fisher to Appear at Deposition in Accordance With This Court's Order of June 16, 2003 (Paper No. 62) to Provide Discovery and Appear at Deposition having been read and considered, it is, this _____ day of August, 2003, by the United States District Court for the District of Maryland,

ORDERED that Stuart Cornelius Fisher shall appear for deposition in Baltimore, Maryland on or before September 30, 2003.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, *et al.*,   *

    Plaintiffs   *

  v.   *   CIVIL ACTION NO.: 01-3809

NADIF OF WYNDHOLME, LLC, *et al.*,   *

    Defendants   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The foregoing Motion for Order Compelling Stuart Cornelius Fisher to Appear at Deposition in Accordance With This Court's Order of June 16, 2003 (Paper No. 62) to Provide Discovery and Appear at Deposition having been read and considered, it is, this _____ day of August, 2003, by the United States District Court for the District of Maryland,

ORDERED that these proceedings be and hereby are STAYED pending the litigation of the stay in the United States Bankruptcy Court for the Northern District of Florida in Case No. 01-00539-GVL1.

_____
UNITED STATES DISTRICT JUDGE