# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

June 17, 2003

Mr. Stuart C. Fisher
173 Root Trail
Palm Beach, FL 33480

        RE:  Wyndholme Village, LLC, et al
                v. NADIF of Wyndholme, LLC, et al.

Dear Mr. Fisher:

    Enclosed please find Judge Legg's Order which we received this date (Paper No. 62) directing you to answer all three sets of Interrogatories on or before June 27, 2003 and to appear at deposition at a time and location chosen by Plaintiffs. Therefore, enclosed please find a Notice for us to take your deposition here in our offices in Baltimore, Maryland, on Tuesday, July 8, 2003, at 9:00 a.m.

    We have enclosed copies of your unanswered Interrogatories and Request for Production of Documents.

    Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
Enclosures
cc: Mr. James M. Lancelotta
    William C. Sammons, Esquire (Enclosure: deposition notice only)