Subj:  No Subject
Date:  Sunday, July 13, 2003 5:29:47 PM

To:       Mr. Shulman
From:   Stuart Neil Fisher          BY FAX   410-576-0544
Re:      Lancellata Litigation

Dear Mr. Shulman,

Upon my return to Florida(Jacksonville, Fla. - The Mayo Clinic) I am prepared to give
a personal deposition, not withstanding my position that you do not have personal
jurisdiction over Stuart C. Fisher but do so over Stuart C. Fisher, trustee for Nadif of
wymdhome LLC. However, as I have repeatily stated to you that I am willing to testify
to help Jim Lancellata-rather than retain counsel to file a motion for jurisdiction and
a protective order.

Unfortunantely, I am suffering from severe heart palpitations and am undergoing a nuclear
heart procedure 7:30 am Monday July 14, 2003. I am unable to travel but am willing to
give a telephone deposition, at your convienance, 561-762-4583 or in the alternative to
give you a deposition at the offices of GREENBERG TRAURIG, Miami, Florida, as an accomadition
to you and Jim.

Be advised that I have no paperwork regarding this matter(all my files were given to
Gotham). In addition I have never received one document from your offices. My Florida
     address is 164 Seminole Avenue, Palm Beach, Florida, 33480. My mailing address is

2118 Wilshire BLVD, Santa Monica, California 90403. Telephone answering at 310-281-5549. This number was given to you and Koons Esq. quite some time a go. I have never received any calls from you since our last telephone conversation. In addition
my telephone number in Palm Beach is 561-514-9092/fan561-651-7325.

At this point in time I am representing myself in this litigation as my position and
testimony is in line with the Lancellata position. Please advise.

Sincerely,

Stuart C. Fisher

PS: I would send this direclly to the Court but I do no have a copy of any pleadings. apologize for
the typo errors but I am not very good on the computer.