Law Offices<br>
**Michael D. Bruckman, P.A.**<br>
1624 N.W. 6th Street<br>
Gainesville, Florida 32609<br>
<br>
Telephone (352) 372-5222<br>
Facsimile (352) 372-8988<br>
E-mail: bankrup_see@msn.com

Michael D. Bruckman*
*Licensed in New York,
New Jersey & Florida

Ocala Office:
1515 E. Silver Springs Blvd.
Suite 100
Ocala, Florida 34470

July 16, 2003

Schulman & Kaufman, LLC
One Charles Center
100 N. Charles St., Suite 600
Baltimore MD 21201

RE : Stuart Cornelius Fisher

Dear Mr. Schulman:

    I am writing to inform you that Mr. Fisher has filed a motion to re-open his bankruptcy case in order to insure that the claims of your clients, the Lancelottas and Wyndholme Village LLC, are discharged in his bankruptcy case 01-00539-GVL1. I believe that any legal issues relating to your client's claims against Mr. Fisher accrued prior to filing. I believe that any legal process with regard to the lawsuit against Mr. Fisher is now subject to the automatic stay and the discharge injunction entered in the bankruptcy case filed by my client. I understand that you may have a different legal position, but I would suggest that any actions taken at this point against Mr. Fisher might be subject to sanctions for a willful violation of the provisions of the Bankruptcy Code. Please contact me if you have any questions.

Sincerely,

*[signature]*

Michael D. Bruckman, Esq. #0074410