# Schulman & Kaufman, LLC

Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

---

Howard J. Schulman
Joseph S. Kaufman

Tel. (410) 576-0400
Fax: (410) 576-0544

July 17, 2003

Michael D. Bruckman, Esq.
Michael D. Bruckman, P.A.
1624 N.W. 6th Street
Gainesville, FL 32609

RE:   Stuart Cornelius Fisher

Dear Mr. Bruckman:

Thank you for your letter of July 16, 2003. We have been unable to verify that a motion to reopen bankruptcy Case No. 01-00539, has, in fact, been filed. We did not receive a copy from either you or Mr. Fisher. Whenever such a motion is filed, we would request either your or Mr. Fisher's filing a Suggestion or Notice of Bankruptcy with the United States District Court for the District of Maryland in Civil Action No. L01-3809. It is our intent to become actively involved in the bankruptcy proceeding. We will consider our options at such time that we receive appropriate notice and documentation of Mr. Fisher's motion. Until we receive such confirmation and documentation, we intend to continue the course in Case No. L01-3809.

Thank you.

Very truly yours,

Howard J. Schulman

HJS/hrk
cc: Mr. James Lancelotta
    William C. Sammons, Esquire *(copy of letter of Michael D. Bruckman, Esq. enclosed)*