Stuart C. "Neil" Fisher, Esq., CEO

**The North American Doctors
Investment Fund, Inc.**

*Cell 561-758 0189*

Member of



THE NADIF GROUP

*A Real Estate Equity
& Development Fund*

164 Seminole Ave.
Palm Beach, FL 33480
Office: 561-835-8294
Fax: 561-835-8459
Cell.: 561-818-2252
PBNADIF@aol.com

---

Howard Zukerman, Chief Financial Officer

*Rusty*

**The North American Doctors
Investment Fund, Inc.**

Member of

THE NADIF GROUP

*A Real Estate Equity
& Development Fund*

62 Terrehans Lane
Syosset NY 11791
Office: 516-526-2846
Fax: 516-364-1613
RUSTYZUK@aol.com