1

1

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE DISTRICT OF MARYLAND

4  -----------------------------X
   WYNDHOLME VILLAGE, LLC, et al.
5

6      Plaintiffs and
       Counter-Defendants,
7              Civil Action No.
               L01-3809
8
         vs.
9
   NADIF OF WYNDHOLME, LLC, et al.
10

11      Defendants and
        Counter-Plaintiffs.
12 -----------------------------X

13

14

15      DEPOSITION OF HOWARD ZUKERMAN

16        New York, New York

17        Monday, July 14, 2003

18

19

20

21

22

23  Reported by:
    HOWARD CHAIM CSR
24  CSR NO. 792
    JOB NO. 150713
25

2

1
2
3
4           July 14, 2003
5           10:30 a.m.
6
7       Deposition of HOWARD ZUKERMAN, held
8   at the offices of Satterlee Stephens Burke &
9   Burke, 230 Park Avenue, New York, New York,
10   pursuant to Notice, before HOWARD CHAIM, a
11   Certified Shorthand Reporter and Notary
12   Public of the State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25

3

1
2  A P P E A R A N C E S:
3     SCHULMAN & KAUFMAN, LLC
4     Attorneys for Plaintiffs and
5     Counter-Defendants
6        100 N. Charles Street, Suite 600
7        Baltimore, Maryland 21201
8     BY:   HOWARD J. SCHULMAN, ESQ.
9
10    U
11
12  ALSO PRESENT
13  JIM LANCELOTTA
14
15
16
17
18
19
20
21
22
23
24
25

94

1      Howard Zukerman

2    Q.   Did Neil Fisher ever tell you where

3  The North American Doctors Investment Fund, Inc.

4  had its real estate equity and development fund

5  located?

6    A.   I don't remember.

7    Q.   The card says you were the chief

8  financial officer of The North American Doctors

9  Investment Fund, Inc., is that correct?

10   A.   Um-hum.

11   Q.   Is your answer yes or no?

12   A.   I am sorry, yes, I apologize.

13   Q.   What do you understand the title

14  chief financial officer to mean?

15   A.   In charge of all the financial

16  operations of the company.

17   Q.   Were you in charge of all the

18  financial operations of the entity known as The

19  North American Doctors Investment Fund, Inc.?

20   A.   That's why I stopped using it.  No.

21   Q.   When you say you stopped using it,

22  what do you mean?

23   A.   I never gave the card out after

24  sometime in the summer of '99.

25   Q.   Was there something that caused you

95

1      Howard Zukerman

2  concern about giving your card out?

3      A.   No.

4      Q.   At some point did you receive any

5  information about whether The North American

6  Doctors Investment Fund, Inc. did not exist?

7      A.   No.

8      Q.   Did you at any time function as the

9  chief financial officer of The North American

10 Doctors Investment Fund, Inc.?

11     A.   No.

12     Q.   What did T. J. Fisher tell you about

13 The North American Doctors Investment Fund,

14 Inc.?

15     A.   Nothing.

16     Q.   What did Mr. Fisher tell you about

17 The North American Doctors Investment Fund,

18 Inc.?

19     A.   I said before asked and answered.

20     Q.   I am not sure I understood your

21 answer.  Give it again.

22     A.   What I said was I was told that it

23 was involved in real estate and real estate

24 transactions.

25     Q.   Anything more than that?

96

1      Howard Zukerman

2    A.  Not that I know of.

3    Q.  Would that be sufficient information

4  for you to pass out a card upon which you put

5  chief financial officer on it?

6    A.  Why not?

7    Q.  Bear with me for one moment.

8      Apart from The North American Doctors

9  Investment Fund, Inc. and NADIF of Wyndholme,

10  LLC have you been associated in any fashion with

11  any other North American Doctors Investment Fund

12  entities or entities that had any NADIF in their

13  name?

14    A.  Not that I remember.

15    Q.  Have you ever heard of entity by the

16  name NADIF of Florida Inc.?

17    A.  I don't remember.

18    Q.  One Harborview Inc.?

19    A.  No.

20    Q.  NADIF Development of Florida Inc.?

21    A.  What's that?  No.

22    Q.  Have you ever heard of NADIF Group

23  Inc.?

24    A.  No.

25    Q.  Have you ever heard of NADIF of Inner

97

1      Howard Zukerman

2  Harbor, Inc.?

3    A.   I am not sure.

4    Q.   NADIF of South Beach Inc.?

5    A.   No.

6    Q.   What about the North American Doctors

7  Investment Fund of Florida, Inc.?

8    A.   No.

9    Q.   Cocoron, Inc?

10   A.   Who.

11   Q.   C o c o r o n, Inc.?

12   A.   No.

13   Q.   Take a look, if you would, at Exhibit

14  8 and specifically Mr. Fisher's card which I

15  think follows from your card.

16   A.   Um-hum.  On here.

17   Q.   Yes.  Did you ever see Mr. Fisher

18  hand out his card with The North American

19  Doctors Investment Fund, Inc. on it?

20   A.   I am sure I did.

21   Q.   Do you recall whether Mr. Fisher --

22  strike that.  Do you recall in dealing with

23  Mr. Lancelotta or Messrs. Coon or Rubenstein Mr.

24  Fisher stated that he was associated with an

25  entity by the name of The North American Doctors

98

1       Howard Zukerman

2  Investment Fund, Inc.?

3      A.   I am sure he did.  I don't know

4  exactly.

5      Q.   Do you recall generally what he said

6  that entity was?

7      A.   No.  Just it was, as I said before,

8  it was involved in real estate development and

9  all that stuff.

10     Q.   Did you tell either Messrs.

11  Lancelotta or Coon or Rubenstein what The North

12  American Doctors Investment Fund, Inc. Was?

13     A.   No.

14     Q.   Did you hear any other person mention

15  that in your presence in dealings with Messrs.

16  Lancelotta, Coon or Rubenstein?

17     A.   Other than Neil, no.

18     Q.   Is it your testimony that you can't

19  recall beyond Mr. Fisher stating that this was a

20  real estate related company anything else he

21  said with regard to The North American Doctors

22  Investment Fund, Inc.?

23     A.   That he has raised for projects

24  considerable sums.

25     Q.   What else did he say in that regard?

99

1      Howard Zukerman

2   A.   I don't remember.

3   Q.   Did he identify the projects?

4   A.   I don't think so.

5   Q.   Did he identify the source of the
6   funds?

7   A.   Outside investors, bank financing,
8   whatever he needed to get a deal going.

9   Q.   Do you know whether at any time in
10  1999 The North American Doctors Investment Fund,
11  Inc. had any assets?

12  A.   I don't know.

13  Q.   Do you know whether in 1999 that
14  the -- strike that.

15       Do you know whether in 1999 The North
16  American Doctors Investment Fund, Inc. had any
17  funds available to it?

18  A.   Always raised funds from outside
19  sources.

20  Q.   Are you aware of any specific funds
21  that North American Doctors Investment Fund,
22  Inc. had access to in 1999?

23  A.   Ask your question again?

24       MR. SCHULMAN:  Could you read it back
25  please.

100

1      Howard Zukerman

2      (Record read.)

3    A.   Any specific funds, no.

4    Q.   Are you aware of any specific

5  property that The North American Doctors

6  Investment Fund, Inc. had in 1999?

7    A.   No.

8    Q.   Do you know where North American

9  Doctors Investment Fund, Inc. did its banking in

10  1999?

11    A.   I think Bank America.

12    Q.   Who were the signatories on that

13  account?

14    A.   I do not know.

15    Q.   Mr. Fisher's card reflects that he

16  was the CEO; is that correct?

17    A.   Um-hum.  That's what it says.

18    Q.   And who were the other officers of

19  The North American Doctors Investment Fund,

20  Inc.?

21    A.   I do not know.

22    Q.   What role did T. J. Fisher have with

23  The North American Doctors Investment Fund,

24  Inc.?

25    A.   From what I understood she was the