IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * | |
|    **Plaintiffs and Counterdefendants** | * | |
|    v. | * | CIVIL ACTION NO. L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * | |
|    **Defendants and Counterplaintiffs** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION FOR SUMMARY JUDGMENT

Defendants, NADIF of Wyndholme, LLC, WVI, LLC, John R. "Jack" Quinn, and Howard "Rusty" Zukerman, by their counsel, hereby move for summary judgment on all claims brought by Wyndholme Village, LLC, James M. Lancelotta and Katherine A. Lancelotta in the above case. The grounds for this motion, as amplified in the attached support memorandum, are that there are no disputed materials facts and the defendants are entitled to the judgment as a matter of law.

                                                /s/   William C. Sammons
                                                William C. Sammons, Bar No. 02366
                                                Stephen M. Goldberg, Bar No. 01156
                                                  Tydings & Rosenberg LLP
                                                  100 East Pratt Street
                                                  26th Floor
                                                  Baltimore, Maryland  21202
                                                  (410) 752-9700

                                              Attorneys for Defendants and Counterplaintiffs

#351868

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August 2003, a copy of the foregoing Defendants' Motion for Summary Judgment, Memorandum in Support, and proposed Order was sent by first class mail, postage prepaid to:

>Howard J. Schulman, Esquire
>Schulman & Kaufman, LLC
>One Charles Center
>100 North Charles Street
>Suite 600
>Baltimore, Maryland 21201
>*Attorneys for Plaintiffs and Counterdefendants*
>
>Howard "Rusty" Zukerman
>62 Terrehans Lane
>Syosset, New York 11791
>*Defendant*
>
>Stuart C. "Neil" Fisher
>173 Root Trail
>Palm Beach, FL 33480
>*Defendant*

>/s/   *William C. Sammons*
>William C. Sammons

#351868