IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * | |
| **Plaintiffs and Counterdefendants** | * | |
| v. | * | CIVIL ACTION NO. L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * | |
| **Defendants and Counterplaintiffs** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court having read and considered the Motion for Summary Judgment and its supporting memorandum filed by Defendants, NADIF of Wyndholme, LLC, WVI, LLC, John R. "Jack" Quinn, and Howard "Rusty" Zukerman ("defendants") in the above case and, upon consideration of any opposition, reply thereto, and arguments of counsel, it is this _____ day of _____, 2003, by and for the United States District Court for the District of Maryland,

ORDERED, that

      1.      The motion is granted;

      2.      Judgment is hereby granted in favor of the identified defendants, and against the plaintiffs, Wyndholme Village, LLC, James M. Lancelotta, and Katherine A. Lancelotta, on all claims brought by the plaintiffs in this action; and

      3.      Costs shall be borne by the plaintiffs.

 

_____
Judge, United States District Court
for the District of Maryland

#351876