# APPENDIX - LIST OF EXHIBITS

Exhibit No.        Description

1. Bankruptcy Hearing 1/11/00 Transcript

2. James Lancelotta Deposition Transcript

3. Curtis Coon Deposition Transcript

4. List of Funding Requests

5. Outline of Business Deal

6. Howard Rubenstein Deposition Transcript

7. NADIF LLC Formation Records

8. William C. Sammons Affidavit

9. Draft of July Venture Agreement

10. July Venture Agreement

11. Bankruptcy Hearing 8/4/99 Transcript

12. Stephen Garchik Deposition Transcript

13. Zuckerman Memo to Gotham

14. Draft of August Venture Agreement

15. Coon Letter to Fraga

16. August Venture Agreement

17. First Mariner Term Sheet

18. Bankruptcy Hearing 9/21/99 Transcript

19. Order Approving Debtor's Motion for Post-Petition Financing

20. First Mariner Letter to Lancelotta

#351842                                 1

21. Wachovia Letter

22. Mercantile Letter

23. Plan of Reorganization

24. Ballot

25. Notice of Leeds Foreclosure

26. Order to Docket [NADIF] Foreclosure

27. Order Ratifying NADIF Foreclosure

28. Lancelotta's Chronology

29. Motion for Post-Petition Financing

30. John R. "Jack" Quinn Deposition Transcript

31. Baltimore Sun Article 10/22/99

32. Baltimore Sun Article 11/22/99

33. Lancelotta's Letter to First Mariner

34. Lancelotta's Comments on Draft August Venture

35. Draft of August Agreement Venture Agreement dated 8/24/99

36. Lancelotta's Interrogatory Responses

37. Wyndholme's Interrogatory Responses

38. Mrs. Lancelotta's Interrogatory Responses

39. Gotham's Cash Receipts and Disbursements

40. Consent Order

41. Judge Derby's Order Regarding the Validity of NADIF's Lien

42. Baltimore City Circuit Order Regarding the Validity of NADIF's Lien