IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * |
| **Plaintiffs and Counterdefendants** | * |
| v. | *   CIVIL ACTION NO. L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * |
| **Defendants and Counterplaintiffs** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1-42, which are attachments to Defendants' Memorandum in Support of Motion for Summary Judgment, exist only in paper format and if scanned will be larger than 1.5MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above and as set forth in the attached Certificate of Service.

/s/   *William C. Sammons*
William C. Sammons, Bar No. 02366
Stephen M. Goldberg, Bar No. 01156
  Tydings & Rosenberg LLP
  100 East Pratt Street
  26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Defendants and Counterplaintiffs

#351881

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibits was sent by first class mail, postage prepaid to:

>Howard J. Schulman, Esquire
>Schulman & Kaufman, LLC
>One Charles Center
>100 North Charles Street
>Suite 600
>Baltimore, Maryland 21201
>*Attorneys for Plaintiffs and Counterdefendants*
>
>Howard "Rusty" Zukerman
>62 Terrehans Lane
>Syosset, New York 11791
>*Defendant*
>
>Stuart C. "Neil" Fisher
>173 Root Trail
>Palm Beach, FL 33480
>*Defendant*

        /s/
William C. Sammons

#351881