IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al*. | * |
| Plaintiffs and Counterdefendants | * |
| v. | *   CIVIL ACTION NO.  L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al*. | * |
| Defendants and Counterplaintiffs | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION FOR PARTIAL SUMMARY JUDGMENT
ON AMENDED COUNTERCLAIM

Counterplaintiff NADIF of Wyndholme, LLC (NADIF), hereby moves for summary judgment on claims brought by it against Wyndholme Village, LLC, James M. Lancelotta and Katherine A. Lancelotta in Counts I and II of the amended counterclaim, filed in this action.  The grounds for this motion, as amplified in the attached support memorandum, are that there are no disputed materials facts and NADIF is entitled to the judgment as a matter of law.

/s/   *William C. Sammons*
William C. Sammons, Bar No. 02366
Stephen M. Goldberg, Bar No. 01156
  Tydings & Rosenberg LLP
  100 East Pratt Street
  26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Defendants and Counterplaintiffs

#351885

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August 2003, a copy of the foregoing Counterplaintiff's Motion for Partial Summary Judgment on Amended Counterclaim, Memorandum in Support, and proposed Order was sent by first class mail, postage prepaid to:

> Howard J. Schulman, Esquire
> Schulman & Kaufman, LLC
> One Charles Center
> 100 North Charles Street
> Suite 600
> Baltimore, Maryland 21201
> *Attorneys for Plaintiffs and Counterdefendants*
>
> Howard "Rusty" Zukerman
> 62 Terrehans Lane
> Syosset, New York 11791
> *Defendant*
>
> Stuart C. "Neil" Fisher
> 173 Root Trail
> Palm Beach, FL 33480
> *Defendant*

        /s/   *William C. Sammons*
        William C. Sammons

#351885