IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**WYNDHOLME VILLAGE, LLC,** *et al.*   \*

    **Plaintiffs and Counterdefendants**   \*

**v.**   \*   CIVIL ACTION NO.  L01-3809

**NADIF OF WYNDHOLME, LLC,** *et al.*   \*

    **Defendants and Counterplaintiffs**   \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Court having read and considered the Motion for Partial Summary Judgment and its supporting memorandum filed by counterplaintiff NADIF of Wyndholme, LLC ("NADIF"), in the above case and, upon consideration of any opposition, reply thereto, and arguments of counsel, it is this _____ day of _____, 2003, by and for the United States District Court for the District of Maryland,

ORDERED, that

    1.    The motion is granted;

    2.    Judgment is hereby granted in favor of NADIF and against Wyndholme Village, LLC, on Count I of the Amended Counterclaim in the amount of $1,729,092.81, plus interest accruing since June 7, 2002;

    3.    Judgment is hereby granted in favor of NADIF and against James M. Lancelotta and Katherine A. Lancelotta, jointly and severally, on Count II of the Amended Counterclaim in the amount of $134,727.00, plus interest accruing since June 7, 2002; and

    3.    Costs shall be borne by the plaintiffs.

                                      _____
                                      Judge, United States District Court
                                      for the District of Maryland

#351887