IN THE UNITED STATES DISTRICT COURT, IN AND FOR
THE DISTRICT OF MARYLAND

Wyndholme Villages, LLC, et al

Plaintiff,

vs.

Stuart Cornelius Fisher;

Et. al.
**Defendant(s)**



Case No.: L01-3809
Division

AUG 15 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY

### SUGGESTION OF BANKRUPTCY AND LIMITED NOTICE OF APPEARANCE

**COMES NOW** the defendant(s),Stuart Cornelius Fisher, , in the above-entitled civil action and moves this Honorable Court to stay these proceedings as the defendant(s) has/have filed a petition for relief pursuant to the provisions of Title 11, United States Code, Chapter 7 , in the United States Bankruptcy Court for the Northern District of Florida, Gainesville Division, under Case No. 01-00539-GVL1 on August 20, 2001   Kevin O'Donnell,Esq. appears herein for the limited purpose of advising the court of the above-mentioned bankruptcy proceeding, and for no other purpose.

Respectf

Kevin O'Donnell,Esq.
4103 Chain Bridge Rd
Suite 100
Fairfax, VA 22030
(703) 273-1900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the addressees listed below by mailing a copy of the foregoing by United States mail, postage pre-paid, on this the __14th__ day of __August__, 20__03__.

| | |
|---|---|
| Wyndholme Village, LLC<br>% Schulman & Kaufman, LLC<br>One Charles Center<br>100 N. Charles Street, Ste 600<br>Baltimore, Maryland, 21201 | Ch 7 Trustee, Theresa M. Bender<br>PO Box 14557<br>Tallahassee, FL 32317 |
| Stuart Fisher<br>164 Seminole Avenue<br>Palm Beach, FL 33480 | |

Kevin O'Donnell, Esq.