# Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
_____

Howard J. Schulman                                                                                        Tel. (410) 576-0400
Joseph S. Kaufman                                                                                         Fax: (410) 576-0544

August 26, 2003

**_Via ECF_**

The Honorable Benson E. Legg
United States District Court
    for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

                  RE:    Wyndholme Village, LLC, et al.
                           v. NADIF of Wyndholme, LLC, et al.
                           Civil Action No.: 01-3809

Dear Judge Legg:

      The purpose of this letter is to request an extension of time within which to file Plaintiffs/Counter-Defendants' Response to the Motions for Summary Judgment filed by the Defendants and Counter-Plaintiffs, except for Stuart C. Fisher (Paper Nos. 71 & 72, filed August 11, 2003), to on or before Monday, September 8, 2003. The Response of Plaintiffs/Counter-Defendants is otherwise due on August 28, 2003. Mr. Sammons, counsel for all Defendants except Stuart C. Fisher, has consented to this extension.

      Thank you.

                                                       Very truly yours,

                                                       Howard J. Schulman

HJS/hrk
cc:  William C. Sammons, Esquire
     Mr. Stuart C. Fisher
     Mr. James M. Lancelotta