IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, et al.,         *

    Plaintiffs and Counter-Defendants       *

v.                                                            *      Civil Action No. L01-3809

NADIF OF WYNDHOLME, LLC, et al.,        *

    Defendants and Counter-Plaintiffs       *

*   *   *   *   *   *   *   *   *   *   *   *   *

### RULE 56(f) AFFIDAVIT OF JAMES M. LANCELOTTA

1. My name is James M. Lancelotta. My address is 8244 Church Lane Road, Ellicott City, Maryland 21043. I am over 21 years of age. I am competent to testify. I have personal knowledge of the matters set forth herein.

2. I have reviewed the Rule 56(f) Affidavit of Counsel, which I understand was signed today and is being submitted in support of Plaintiff's Response and Memorandum in Opposition to Defendants' Motion for Summary Judgment (Paper No. 71). I incorporate Counsel's Rule 56(f) Affidavit by reference herein.

3. Pursuant to 28 U.S.C. 1746, I declare under the penalty of perjury that the above is true and correct.

Date: September 8, 2003

James M. Lancelotta