IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WYNDHOLME VILLAGE, LLC,** *et al.* | * | |
| **Plaintiffs and Counterdefendants** | * | |
| v. | * | CIVIL ACTION NO. L01-3809 |
| **NADIF OF WYNDHOLME, LLC,** *et al.* | * | |
| **Defendants and Counterplaintiffs** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**REPLY TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, NADIF of Wyndholme, LLC, WVI, LLC, John R. "Jack" Quinn, and Howard "Rusty" Zukerman, by their counsel, hereby submit this reply to the opposition to the defendants' motion for summary judgment filed by Wyndholme Village, LLC, James M. Lancelotta, and Katherine A. Lancelotta in the above case.  As further amplified in the attached memorandum, the defendants are entitled to the judgment as a matter of law.

/s/   *William C. Sammons*
William C. Sammons, Bar No. 02366
Stephen M. Goldberg, Bar No. 01156
  Tydings & Rosenberg LLP
  100 East Pratt Street
  26th Floor
  Baltimore, Maryland  21202
  (410) 752-9700

Attorneys for Defendants and Counterplaintiffs

#355999