ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND  21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

**Melvina C. Ford**
410/752-9700

September 23, 2003

*By Electronic Filing*

Honorable Benson Everett Legg
United States District Court
    for District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland  21201

        Re:    Wyndholme Village, LLC, et al. v.
                  NADIF of Wyndholme, LLC, et al.
                  Civil No. L-01-3809

Dear Judge Legg:

      Attached are Exhibits 43 and 44 to the Reply Memorandum, Document No. 79. Apparently, the exhibits that were e-filed with the motion appear only in blank.  I apologize for any inconvenience.

                                      Sincerely,

                                      /s/

                                      Melvina C. Ford

#356072