## Schulman & Kaufman, LLC
Attorneys at Law
One Charles Center
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201

_____

Howard J. Schulman                                                                 Tel. (410) 576-0400
Joseph S. Kaufman                                                                  Fax: (410) 576-0544

September 29, 2003

The Honorable Benson E. Legg
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

        RE:    Wyndholme Village, LLC, *et al*.
               v. NADIF of Wyndholme, LLC, *et al*.
               Civil Action No.: 01-3809

Dear Judge Legg:

      The purpose of this letter is to provide the Court with a status report and to request an extension of the time in which to depose Stuart Fisher in the above-captioned case.

      On August 25, 2003, the Court issued an Order by which it directed Mr. Fisher to submit to a deposition within 45 days (Paper No. 75). The Court otherwise stayed the proceedings in this case against Mr. Fisher, who has apparently filed to reopen a bankruptcy case in the United States Bankruptcy Court for the Northern District of Florida. I had written to Mr. Fisher on several occasions with copies to his attorney, Michael D. Bruckman, Esquire, the attorney who I believe assisted Mr. Fisher with the bankruptcy filing. In my correspondence to Mr. Fisher, I provided Mr. Fisher with a copy of the Court's Order and inquired of his availability for deposition in either Jacksonville, Florida, or Palm Beach, Florida. I have not heard from Mr. Fisher. Mr. Bruckman confirmed to members of my staff that the address of 164 Seminole Avenue, Palm Beach, Florida 33480, is the address that he has for Mr. Fisher. The only telephone number that Mr. Bruckman has for Mr. Fisher was a cell number no longer utilized by Mr. Fisher (561-762-4838). Mr. Fisher, I understand, is an extensive traveler.

The Honorable Benson E. Legg
September 29, 2003
Page 2


      Since I cannot obtain Mr. Fisher's cooperation, I am requesting that the Court hold open the date to take his deposition until December 1, 2003 in order that we may attempt to locate Mr. Fisher and serve him with a subpoena to appear at deposition.

      Thank you.

                                  Very truly yours,


                                  Howard J. Schulman

HJS/hrk
cc:  Mr. Stuart C. Fisher
      Mr. James M. Lancelotta
      Michael D. Bruckman, Esq.