COPY                                                                 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3   WYNDHOLME VILLAGE, LLC,        *

 4   et al.,                        *

 5           Plaintiffs and         *

 6           Counter-Defendants,    *

 7        vs.                       *

 8   NADIF OF WYNDHOLME, LLC,       *

 9   et al.,                        *   CIVIL ACTION NO.:

10           Defendants and         *   L01-3809

11           Counter-Plaintiffs     *

12                    - - - - - - - -

13

14          Deposition of STEPHEN McBRIDE, taken on

15   Friday, February 28, 2003, beginning at

16   11:00 a.m., at Schulman & Kaufman, 100 North

17   Charles Street, Baltimore, Maryland, before Linda

18   Ann Crockett, a Notary Public.

19

20   Reported by:

21   Linda A. Crockett
```

                    COURT REPORTING CONCEPTS, INC.
                          Baltimore, Maryland
                Phone (410) 821-4888     Fax (410) 821-4889

3

1          T H E   P R O C E E D I N G S

2          - - - - - - - - - - - - - -

3                    STIPULATIONS

4   It is stipulated and agreed by and between

5   counsel for the respective parties that the

6   reading and signing of this deposition by the

7   witness is not waived.

8          - - - - - - - - - - - - - -

9                STEPHEN McBRIDE,

10  first duly sworn to tell the truth, the whole

11  truth, and nothing but the truth, testified as

12  follows:

13  EXAMINATION BY MR. SCHULMAN:

14      Q.  Mr. McBride, as you're aware, my name is

15  Howard Schulman.  I'm going to ask you a series

16  of questions.  If there's a question that I ask

17  that you don't understand, tell me and I'll do my

18  best to make it more intelligible.

19          First let me get some background

20  information.  Where do you live?

21      A.  My office?

COURT REPORTING CONCEPTS, INC.
Baltimore, Maryland
Phone (410) 821-4888      Fax (410) 821-4889

```
1      Q.   And what did he tell you about it?
2      A.   Not much.  I don't remember.
3      Q.   How did it come up?
4      A.   I think he had a business card that said
5   NADIF on it.
6      Q.   Who is it that introduced you to Neil
7   Fisher?
8      A.   I believe it was Jack Quinn.
9           MR. SCHULMAN:  Let's take a break.
10                  (Recess.)
11          (Whereupon, Gotham-Q Venture and
12  affidavit were marked Deposition Exhibit Number 1
13  for identification.)
14  BY MR. SCHULMAN:
15     Q.   Let me show you what we've marked as
16  Deposition Exhibit Number 1.  Do you recognize
17  that document?
18     A.   Yes.
19     Q.   What is it?
20     A.   It's two documents.  One is the Gotham-Q
21  Venture,  LLC and the second is an affidavit from
```

```
 1   Neil Fisher.
 2        Q.   Have you seen the affidavit portion
 3   before?
 4        A.   Have I seen this affidavit section
 5   before today?
 6        Q.   Correct.
 7        A.   Yes.
 8        Q.   And when did you first see it?
 9        A.   I'm guessing somewhere around the 19th,
10   the date that it was signed.
11        Q.   And how did you come to see it?
12        A.   I believe I received a Fed-Ex copy of it
13   from Neil Fisher.
14        Q.   And did you receive anything else with
15   the Fed-Ex copy?  Was there a cover letter?
16        A.   I don't remember a cover letter.
17        Q.   Do you know why it was sent to you?
18        A.   Because he was working as an agent of
19   NADIF of Wyndholme.
20        Q.   But why would the affidavit be sent to
21   you as an agent of NADIF of Wyndholme?
```