**Bank of America, NA Account 0016-1206-9163**
Checks Written Between June 2, 1999 and September 27, 1999

| DATE | AMOUNT | PAYEE | | | |
|------|--------|-------|---|---|---|
| *1999* | | | | | |
| 6/2 | $ 500.00 | Palm Beach Civic Assn. | | | |
| 6/2 | 1,932.30 | Stuart Millstein | | | |
| 6/2 | 88.88 | Comcast | | | |
| 6/2 | 105.00 | Barton Limousine | | | |
| 6/2 | 1,932.30 | Donald R. Eisenberg | 6/30 | 68.70 | Publix |
| 6/2 | 40.00 | Veterinary Medical Teaching Hospital | 8/11 | 193.36 | Publix |
| 6/2 | 333.60 | Capital One | 9/17 | 267.95 | Publix |
| 6/2 | 25.00 | American Society of Interior Designers | 7/28 | 254.43 | Publix |
| 6/2 | 41.58 | Palm Beach Yacht Club | | 784.44 | |
| 6/2 | 500.00 | Save A Pet, Inc. | | | |
| 6/4 | 375.00 | Cash | | | |
| 6/9 | 100.00 | Cash | 6/21 | 292.84 | Royal Palm Cleaners |
| 6/11 | 375.00 | Cash | 7/29 | 486.41 | Royal Palm Cleaners |
| 6/13 | 40.00 | Debra Koppler Salon | 8/6 | 325.16 | Royal Palm Cleaners |
| 6/15 | 310.84 | ? Fabric | 9/6 | 402.53 | Royal Palm Cleaners |
| 6/15 | 40.00 | Town of Palm Beach | | 1,506.94 | |
| 6/16 | 100.00 | Cash | | | |
| 6/16 | 390.00 | Cash | | | |
| 6/16 | 397.50 | Eve's Gallery | | | |
| 6/16 | 90.00 | Cash | | | |
| 6/19 | 720.00 | Jim Adkins | | | |
| 6/20 | 1,000.00 | Providian Financial | | | |
| 6/21 | 1,000.00 | John DeSarno | | | |
| 6/21 | 21.40 | USA Wireless | | | |
| 6/21 | 55.63 | FLP | | | |
| 6/21 | 200.00 | Palm Beach Car Wash | | | |
| 6/21 | 381.75 | Green's | | | |
| 6/21 | 401.91 | FPL | | | |
| 6/21 | 10.00 | Town of Palm Beach | | | |
| 6/21 | 13.44 | City of West Palm Beach Utilities | | | |
| 6/21 | 20.44 | FPU | | | |
| 6/21 | 39.00 | USA Today | | | |
| 6/21 | 40.00 | Jack Liggett, DVM | | | |
| 6/21 | 42.15 | Bell South | | | |
| 6/21 | 69.25 | AARP | | | |
| 6/21 | 79.00 | John C. Cassidy | | | |
| 6/21 | 84.46 | Bell South | | | |
| 6/21 | 85.00 | Bowen & Bowen | | | |
| 6/21 | 99.24 | City of West Palm Beach Utilities | | | |
| 6/21 | 225.00 | George Brittain Land Designs, Inc. | | | |
| 6/21 | 240.25 | Bell South | | | |
| 6/21 | 292.84 | Royal Palm Cleaners | | | |
| 6/21 | 836.34 | FPU | | | |
| 6/21 | 180.57 | FPU | | | |
| 6/21 | 12.68 | Comcast | | | |
| 6/21 | 110.60 | Comcast | | | |
| 6/21 | 194.00 | Postmaster | | | |
| 6/21 | 196.58 | VISA | | | |
| 6/21 | 375.00 | Minewi Heritage Center | | | |
| 6/21 | 212.00 | Palm Beach Frame Makers | | | |
| 6/21 | 75.00 | Computek Group | | | |
| 6/22 | 50.00 | Town of Palm Beach | | | |
| 6/25 | 100.00 | Cash | | | |
| 6/25 | 390.00 | Cash | | | |

| Date | Amount | Payee |
|---|---|---|
| 6/28 | 438.89 | Craige Furniture Co. |
| 6/30 | 68.70 | Publix |
| 6/30 | 5,000.00 | Ragtop Motorcars |
| 7/1 | 595.00 | Hulett Environmental Services |
| 7/2 | 160.00 | Cash |
| 7/14 | 1,287.87 | ??? |
| 7/19 | 500.00 | Katie Johnson |
| 7/19 | 9,591.09 | American Express |
| 7/23 | 75.00 | Cash |
| 7/23 | 75.00 | Cash |
| 7/23 | 250.00 | Palm Beach Car Wash |
| 7/28 | 254.43 | Publix |
| 7/29 | 350.18 | Jack L. Liggett, DVM |
| 6/1 | 53.00 | Home Health Depot |
| 6/2 | 39.00 | Flamingo Plumbing |
| 7/12 | 5,000.00 | VISA |
| 7/18 | 250.00 | Palm Beach Car Wash |
| 7/19 | 72.00 | Prince of Plates?? |
| 7/21 | 500.00 | Enock Owiti |
| 7/23 | 500.00 | Enock J. Owiti |
| 7/28 | 18,134.00 | American Express |
| 7/28 | 80.00 | Cash |
| 7/29 | 280.00 | Bates Business Services |
| 7/29 | 486.41 | Royal Palm Cleaners |
| 7/29 | 1,574.04 | Tropical Irrigation |
| 7/29 | 1,130.00 | Park Limo |
| 7/29 | 79.00 | John C. Cassidy |
| 7/29 | 175.00 | Flamingo Plumbing |
| 7/29 | 175.90 | Hackl Pool |
| 7/29 | 1,371.00 | Barton Limousine |
| 7/30 | 375.00 | Cash |
| 8/3 | 1,000.00 | Katie Johnson |
| 8/4 | 10,000.00 | Doug West |
| 8/6 | 1,600.00 | Action ?? |
| 8/6 | 325.16 | Royal Palm Cleaners |
| 8/6 | 336.90 | Greens |
| 8/6 | 9.44 | City of West Palm Beach Utilities |
| 8/6 | 93.48 | City of West Palm Beach Utilities |
| 8/6 | 215.56 | FPU |
| 8/6 | 286.65 | Palm Beach Yacht Club |
| 8/6 | 160.00 | Hackl Pool |
| 8/6 | 27.00 | City of West Palm Beach |
| 8/6 | 79.00 | John C. Cassidy |
| 8/9 | 200.00 | Trim & Pretty Landscape? |
| 8/9 | 2,800.00 | Trim & Pretty Landscape? |
| 8/9 | 1,424.64 | Craige Furniture Co. |
| 8/9 | 185.00 | Billy Samuels |
| 8/11 | 100.00 | Cash |
| 8/11 | 193.36 | Publix |
| 8/11 | 561.80 | Barry Walalce |
| 8/13 | 200.00 | Cash |
| 8/13 | 400.00 | Cash |
| 8/13 | 1,108.92 | Craige Furniture Co. |
| 8/16 | 1,431.00 | Bruce Webber Gallery |
| 8/17 | 400.00 | Betty Walker |
| 8/18 | 21.40 | USA Wireless |
| 8/18 | 75.00 | Treasurer of Virginia |
| 8/18 | 80.00 | Treasurer of Virginia |
| 8/18 | 235.00 | Zimmerman Tree Service |
| 8/18 | 12.68 | Comcast |
| 8/18 | 25.00 | Medical Specialists |
| 8/18 | 84.32 | Bell South |
| 8/18 | 927.96 | Providian Financial |
| 8/18 | 66.00 | John C. Cassidy |
| 8/20 | 390.00 | Cash |
| 8/23 | 246.00 | Park Limousine |
| 8/27 | 1,300.00 | Katie Johnson |

| Date | Amount | Payee |
|---|---|---|
| 8/28 | 60.94 | FPL |
| 8/28 | 551.26 | FPL |
| 8/28 | 1,199.19 | Tropical Irrigation |
| 8/28 | 53.32 | Bell South |
| 8/28 | 85.00 | Bowen & Bowen, DDS |
| 8/28 | 334.65 | Bell South |
| 8/28 | 799.48 | Carpenter Security |
| 8/28 | 42.00 | Bell South |
| 8/28 | 106.08 | Jack Liggett, DVM |
| 8/28 | 474.74 | Capital One |
| 8/28 | 90.96 | Comcast |
| 8/28 | 88.00 | The Chronicle of the Horse |
| 8/30 | 3,000.00 | Trim & Pretty Landscape? |
| 8/31 | 5,000.00 | Equine Medical Service, P.C. |
| 9/1 | 90.00 | Cash |
| 9/2 | 49.00 | John C. Cassidy |
| 9/2 | 100.00 | Cash |
| 9/3 | 6,500.00 | Jim Adkins |
| 9/3 | 390.00 | Cash |
| 9/6 | 339.18 | Greens |
| 9/6 | 23.74 | City of West Palm |
| 9/6 | 50.00 | Town of Palm Beach |
| 9/6 | 51.18 | FPU |
| 9/6 | 72.00 | Jack L. Liggett, DVM |
| 9/6 | 402.53 | Royal Palm Cleaners |
| 9/6 | 1,000.00 | Providian Financial |
| 9/6 | 2,000.00 | Steve Fayers |
| 9/6 | 64.00 | Lea Francis |
| 9/6 | 66.64 | Tropical Irrigation |
| 9/6 | 1,189.62 | Palm Beach Yacht Club |
| 9/6 | 25.00 | Dennis Murphy, M.D. |
| 9/6 | 11,677.02 | American Express |
| 9/7 | 300.00 | Cash |
| 9/7 | 2,354.79 | Florida Silica & Sand |
| 9/8 | 344.50 | Johnny Brown's, Inc. |
| 9/9 | 395.00 | Cash |
| 9/9 | 1,113.00 | Greenberg Traurig |
| 9/10 | 14.65 | FPU |
| 9/12 | 480.93 | Billy Walker |
| 9/17 | 267.95 | Publix |
| 9/17 | 320.00 | Cash |
| 9/18 | 23.50 | Greenberg Traurig |
| 9/18 | 125.00 | Greenberg Traurig |
| 9/18 | 1,250.00 | Greenberg Traurig |
| 9/18 | 3,773.23 | Greenberg Traurig |
| 9/19 | 6,461.71 | Greenberg Traurig |
| 9/20 | 11,604.54 | Schmidt Electric, Inc. |
| 9/24 | 420.00 | Cash |
| 9/25 | 55.68 | FPL |
| 9/25 | 514.63 | FPL |
| 9/25 | 21.40 | USA Wireless |
| 9/25 | 28.82 | Bell South |
| 9/25 | 42.06 | Bell South |
| 9/25 | 79.00 | John C. Cassidy |
| 9/25 | 85.31 | Bell South |
| 9/25 | 216.02 | City of West Palm Beach Utilities |
| 9/25 | 250.00 | Palm Beach Car Wash |
| 9/25 | 335.00 | Hackl Pool Construction |
| 9/25 | 39.00 | USA Today |
| 9/25 | 477.75 | ? Cond. |
| 9/27 | 1,500.00 | Cash |
| 9/27 | 5,800.00 | Cash Withdrawal |
| 9/27 | 89.60 | West Palm Beach Plastics |