**Bank of America Account 0016-1206-9163**

Monthly Average ledger Balances

June, 1997 through May, 2001

(all amounts in U.S. dollars)

| year | month | average ledger balance |
|---|---|---|
| 1997 | Jun | $ 17,658 |
|  | Jul | 45,576 |
|  | Aug | 47,491 |
|  | Sep | 69,869 |
|  | Oct | 72,398 |
|  | Nov | 46,279 |
|  | Dec | 8,420 |
| 1998 | Jan | 6,105 |
|  | Feb | 5,513 |
|  | Mar | 20,129 |
|  | Apr | 61,807 |
|  | May | 78,852 |
|  | Jun | 90,798 |
|  | Jul | 89,921 |
|  | Aug | 23,721 |
|  | Sep | 41,470 |
|  | Oct | 397,082 |
|  | Nov | 61,568 |
|  | Dec | 25,723 |
| 1999 | Jan | 16,673 |
|  | Feb | 51,061 |
|  | Mar | 27,968 |
|  | Apr | 29,624 |
|  | May | 6,098 |
|  | Jun | 8,956 |
|  | Jul | 5,333 |
|  | Aug | 6,263 |
|  | Sep | 13,761 |
|  | Oct | 11,031 |
|  | Nov | 7,403 |
|  | Dec | 12,936 |
| 2000 | Jan | 32,833 |
|  | Feb | 20,544 |
|  | Mar | 3,739 |
|  | Apr | 4,619 |
|  | May | 8,736 |
|  | Jun | 3,927 |

|      | Month | Value  |
|------|-------|--------|
|      | Jul   | 12,113 |
|      | Aug   | 6,204  |
|      | Sep   | 7,280  |
|      | Oct   | 7,551  |
|      | Nov   | 6,450  |
|      | Dec   | 7,858  |
| 2001 | Jan   | 4,082  |
|      | Feb   | 7,959  |
|      | Mar   | 1,912  |
|      | Apr   | 16,985 |
|      | May   | 9,162  |