IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WYNDHOLME VILLAGE, LLC, *et al.*,    *

    Plaintiffs                                          *

    v.                                                      *          CIVIL ACTION NO.:   01-3809

NADIF OF WYNDHOLME, LLC, *et al.*,    *

    Defendants                                      *

*     *     *     *     *     *     *     *     *     *

<u>NOTICE OF FILING OF LENGTHY EXHIBIT</u>

Attached to the Affidavit of Counsel, which is being filed as a lengthy exhibit, are the documents enumerated below.   The documents attached to counsel's foundational Affidavit exist only in paper format and, if scanned, will be larger than 1.5 MB.   The exhibit with attachments will be filed with the Clerk's Office in paper format.   The attachments to the Affidavit of Counsel being filed therewith are:

1.      Deposit slips produced by Bank of America for the account of North American Doctors Investment Fund, Inc. for the period of time from May 7, 1999 through September 27, 1999 (Bates-stamped: 32 of 140 through 58 of 140).

2.      Copies of checks written on the account of North American Doctors Investment Fund, Inc. from June 2, 1999 through September 27, 1999 (Bates-stamped: 430 of 817 through 615 of 817).

3.      Signature card for the account.

4.      Monthly bank statements for June 1997 to May 2001.

I certify that within 24 business hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Date:_____    _____

_____    Howard J. Schulman
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiffs/Counter-Defendants