UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 21, 2004

MEMORANDUM TO COUNSEL RE:   Wyndholme Village, LLC, et al. v.
NADIF of Wyndholme, LLC, et al.
Civil #L-01-3809

Dear Counsel:

    Due to a scheduling conflict, the motions hearing will be held on February 2, 2004, at 10:30 a.m.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file