ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

www.tydingslaw.com

WILLIAM C. SAMMONS
410/752-9706
wsammons@tydingslaw.com

February 2, 2004

*By Electronic Filing*

Honorable Benson Everett Legg
United States District Court
    for the District of Maryland
United States Court House
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Wyndholme Village, LLC, et al. v.
               NADIF of Wyndholme, LLC, et al.
               Civil Action No. L01-3809

Dear Judge Legg:

      I am writing on behalf of all parties (except Mr. Fisher) in the above case. There is currently scheduled before the Court an argument on the defendants' and counterplaintiffs' motions for summary judgment, now set for 10:30 a.m. tomorrow morning. Mr. Fisher is not a party to the pending motions.

      Earlier today Mr. Schulman (counsel for the plaintiffs) and I spoke with your secretary to report that the parties had reached an agreement in principle to resolve all issues in the litigation (and in a related state court foreclosure action) but that it was unlikely we will be able to have a written, executed agreement before tomorrow's hearing. While the pendency of the hearing provides an incentive for the parties to resolve the dispute, the cost of preparing and arguing the hearing is also a consideration. We agreed, therefore, to ask the Court to continue the hearing, but only if the hearing can be reset for some time within the next three weeks. We think it unlikely that a hearing will be necessary.

      The purpose of this letter, then, is to request such a short continuance. Your secretary has told us that, if the Court were to agree to a short continuance, the hearing would have to be at the end of the day (after 5:00 pm.) and the parties understand and agree to that.

#409249v.1

ATTORNEYS AT LAW

**TYDINGS & ROSENBERG** LLP

Honorable Benson Everett Legg
February 2, 2004
Page 2

We appreciate your consideration of our request.

Respectfully yours,

William C. Sammons

WCS/gm
cc:   Howard J. Schulman, Esquire

#409249v.1