UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 11, 2004

MEMORANDUM TO COUNSEL RE:   Wyndholme Village, LLC, et al. v.
NADIF of Wyndholme, LLC, et al.
Civil #L-01-3809

Dear Counsel:

    Because of a scheduling conflict, the motions hearing scheduled for February 24, 2004, at 5 p.m. has been changed to 10 a.m. Counsel are to inform chambers no later than February 19th whether this hearing is going forward or not.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/S/

Benson Everett Legg

c:   Court file