IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WYNDHOLME VILLAGE, LLC, *et al.* | * | |
| Plaintiffs and Counterdefendants | * | |
| v. | * | CIVIL ACTION NO. L01-3809 |
| NADIF OF WYNDHOLME, LLC, *et al.* | * | |
| Defendants and Counterplaintiffs | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Wyndholme Village, LLC, James Lancelotta, and Katherine Lancelotta, plaintiffs and counterdefendants, and NADIF of Wyndholme, LLC, WVI, LLC, John ("Jack") Quinn, Howard ("Rusty") Zukerman, and Stuart Cornelius Fisher, defendants and counterplaintiffs, by counsel (except as to Stuart Cornelius Fisher who is not represented by counsel and who executes this dismissal *pro se*), hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned case (including all claims and counterclaims) shall be and is hereby dismissed, with prejudice, each side to bear his or its own fees and costs.

Dated: February ___, 2004

_____
Howard J. Schulman
Schulman & Kaufman, LLC
One Charles Center
Suite 600
100 North Charles Street
Baltimore, Maryland  21201
410-576-0400

Attorneys for Plaintiffs and
Counterdefendants

_____
William C. Sammons, Bar No. 02366
Stephen M. Goldberg, Bar No. 01156
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland  21202
410-752-9700

Attorneys for Defendants and
Counterplaintiffs

_____
Stuart Cornelius Fisher, *Pro Se*

#409760v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WYNDHOLME VILLAGE, LLC, et al. | * |
| Plaintiffs and Counterdefendants | * |
| v. | * CIVIL ACTION NO. L01-3809 |
| NADIF OF WYNDHOLME, LLC, et al. | * |
| Defendants and Counterplaintiffs | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Wyndholme Village, LLC, James Lancelotta, and Katherine Lancelotta, plaintiffs and counterdefendants, and NADIF of Wyndholme, LLC, WVI, LLC, John ("Jack") Quinn, Howard ("Rusty") Zukerman, and Stuart Cornelius Fisher, defendants and counterplaintiffs, by counsel (except as to Stuart Cornelius Fisher who is not represented by counsel and who executes this dismissal *pro se*), hereby stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned case (including all claims and counterclaims) shall be and is hereby dismissed, with prejudice, each side to bear his or its own fees and costs.

Dated: February ___, 2004

Howard J. Schulman
Schulman & Kaufman, LLC
One Charles Center
Suite 600
100 North Charles Street
Baltimore, Maryland 21201
410-576-0400

Attorneys for Plaintiffs and
Counterdefendants

#400760v.1

William C. Sammons, Bar No. 02366
Stephen M. Goldberg, Bar No. 01156
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore, Maryland 21202
410-752-9700

Attorneys for Defendants and
Counterplaintiffs

Stuart Cornelius Fisher, *Pro Se*